UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ] | |
| ] | Criminal No.  21-CR-207 |
| v. ] | |
| ] | |
| MATTHEW COUNCIL ] | Judge McFadden |
| ] | |

**CONSENT MOTION
TO CONTINUE STATUS HEARING**

Defendant Matthew Council, through undersigned counsel, respectfully moves this Court, unopposed, to continue his status hearing concerning Pretrial Violation Report, presently set for August 6, 2021.

In support of this motion defendant states the following:

1. On January 6, 2021, Mr. Council was arrested and released with a notice to appear in court in Washington, DC, on June 9, 2021.  He is 49 years old, and PSA (Pretrial Services Agency) reports no prior convictions.

2. Mr. Council was subsequently presented in the Middle Dsitrict of Florida on January 14, 2021, and released, including the condition that he appear by videoconference before the Honorable John Harvey in the U.S. District Court for the District of Columbia on January 21, 2021. He was released by Judge Harvey.

3. On April 10, 2021, he was arraigned before the honorable Tiimothy McFadden, and released to appear on June 16, 2021.  He again appeared on June 16, 2021, and was released to appear on August 27, 2021.  As of his June 16, 2021, appearance, he had no violations of his conditions of release for the five months he was under court supervision.

4. On June 21, 2021, Pretrial Services Agency (PSA) filed a violation report, and

subsequently filed a violation report on July 27, 2021.  The attached Exhibit A, filed under seal per redaction rules, details Mr. Council's circumstances since his June 16, 2021, hearing.

*WHEREFORE*, for these and such other reasons as may be advanced at a hearing on this motion, Mr. Council moves to continue his sentencing date to a date after August 9, 2021, and to allow that the hearing be conducted by videoconference.

Respectfully submitted,

_____/s/_____

Joanne D. Slaight, #332866
400 7th Street, N.W., Suite 206
Washington, DC  20004
Phone (202) 256-8969