UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ] | |
| ] | Criminal No.  21-CR-207 |
| v. ] | |
| ] | Judge McFadden |
| MATTHEW COUNCIL ] | |
| ] | |

**JOINT MOTION
TO CONTINUE STATUS HEARING**

Defendant Matthew Council, through undersigned counsel, and the U.S. Attorney for the District of Columbia, jointly move to continue his status hearing, presently set for November 12, 2021, for 60 days.

In support of this motion the parties state the following:

1.     On January 6, 2021, Mr. Council was arrested and released with a notice to appear in court in Washington, DC, on June 9, 2021.   He is 49 years old, and PSA (Pretrial Services Agency) reports no prior convictions.

2.     Mr. Council was subsequently presented in the Middle Dsitrict of Florida on January 14, 2021, and released, including the condition that he appear by videoconference before the Honorable John Harvey in the U.S. District Court for the District of Columbia on January 21, 2021.  He was released by Judge Harvey.

1

3. Mr. Council has had several hearings before this Court, including an in-person hearing on August 6, 2021. At that time he was placed on electronic monitoring. He had a video hearing on September 7, 2021, and a video hearing was set for November 12, 2021.

4. The parties are diligently exploring a resolution for this case, considering the many factors relevant to Mr. Council's situation, but have not yet reached a final resolution.

5. Undersigned defense counsel has contacted the Pretrial Services agent in Florida who is supervising Mr. Council. She has confirmed that he is in compliance with his conditions of release, attending medical sessions, and "doing well."

6. The parties agree that under the circumstances of the case the ends of justice are best served and outweigh the interests of the public and Mr. Council in a speedy trial, and the time between November 12, 2021 and the next hearing date should be excluded from any calculation of time under the Speedy Trial Act.

[THIS SPACE INTENTIONALLY LEFT BLANK]

WHEREFORE, for these and such other reasons as may be advanced to this Court, the parties move to continue his next hearing date 60 days, and to allow that the hearing be conducted by videoconference, if permitted by the Court.

                                                                Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

_____/s/_____           _____/s/_____
Sean P. Murphy                                                  Joanne D. Slaight, #332866
Assistant U.S. Attorney, Detailee                               400 7th Street, N.W., Suite 206
DC Bar No. 1187821                                              Washington, DC  20004
U.S. Attorney's Office, Dist. of Puerto Rico                    202-256-8969
Torre Chardon, Ste. 1201
350 Carlos Chardon Ave.
San Juan, PR 00918
sean.murphy@usdoj.gov
787-766-5656