# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **Case No.: 1:21-cr-00207-TNM** |
| **MATTHEW COUNCIL,** | |
| **Defendant.** | |

## NOTICE OF WITHDRAW

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Amy Larson withdraws their appearance from the above reference matter. This is a notice of their withdraw from in this matter on behalf of the United States.

          Respectfully submitted,

          Matthew Graves
          United States Attorney
          D.C. Bar No. 481052

By:   /s// Amy Larson
       Amy Larson
       Assistant United States Attorney
       N.Y. Bar No. 4108221
       U.S. Attorney's Office
       555 4th Street, N.W.
       Washington, D.C. 20530
       202-252-7863
       Amy.Larson2@usdoj.gov