UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.  Case No. 1:21-cr-207 (TNM)

MATTHEW COUNCIL

_____/

### UNOPPOSED MOTION TO APPOINT THE FEDERAL DEFENDER FOR THE MIDDLE DISTRICT OF FLORIDA TO REPRESENT DEFENDANT

**NOW COMES** the Federal Defender for the Middle District of Florida, by and through undersigned counsel, and moves this Court to appoint him to represent Defendant Matthew Council.

### STATEMENT OF POINTS AND AUTHORITIES

Mr. Council was charged by indictment on March 10, 2021, and then by superseding indictment on December 1, 2021. The alleged offenses relate to the events of January 6, 2021, at the U.S. Capitol building. Because Mr. Council is indigent, this Court appointed Ms. Joanne Slaight to represent him under the provisions of the Criminal Justice Act. However, on February 18, 2022, this Court granted Ms. Slaight's motion to withdraw. Mr. Council has been released on conditions, and resides in Riverview, Florida, near Tampa.

After consultation with the various Federal Defender offices concerned, the Federal Defender for the Middle District of Florida was identified to represent Mr. Council because its Tampa Division is the nearest to his residence. The undersigned

has complied with the requirements of L.Cr. R. 44.1(e) for admission to practice before this Court.

Because Mr. Council is indigent and presently lacks counsel, this Court should appoint the Federal Defender for the Middle District of Florida to represent him. If this motion is granted, the undersigned will promptly enter an appearance for Mr. Council. The Government does not oppose this motion.

DATED this 11th day of March 2022.

Respectfully submitted,

A. FITZGERALD HALL, ESQ.
FEDERAL DEFENDER

/s *Samuel E. Landes*
Samuel E. Landes, Esq.
D.C. Bar No. 1552625
Assistant Federal Defender
400 North Tampa Street
Suite 2700
Tampa, Florida 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: Samuel_Landes@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th of March 2022, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

AUSA Sean Murphy.

/s *Samuel E. Landes*
Samuel E. Landes, Esq.
Assistant Federal Defender

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.     Case No. 1:21-cr-207 (TNM)

MATTHEW COUNCIL

_____/

**ORDER GRANTING THE MOTION OF THE FEDERAL DEFENDER FOR THE MIDDLE DISTRICT OF FLORIDA TO BE APPOINTED TO REPRESENT DEFENDANT**

The motion of the Federal Defender for the Middle District of Florida is hereby **GRANTED**. The Federal Defender for the Middle District of Florida is appointed to represent Defendant Matthew Council.

DATED this ____ day of _____, 2022.

_____
Trevor N. McFadden
District Judge