NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                                    Criminal Number  21-CR-207

MATTHEW COUNCIL
(Defendant)

TO:  ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA          ☐ RETAINED          ☒ FEDERAL PUBLIC DEFENDER

*Samuel Landes*
(Signature)

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Samuel Landes, DC# 1552625
*(Attorney & Bar ID Number)*

Federal Defenders Office - Middle District of Florida
*(Firm Name)*

400 N. Tampa Street, Ste #2700
*(Street Address)*

Tampa,    Florida    33602
*(City)        (State)        (Zip)*

(813) 228-2715
*(Telephone Number)*