# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | :    **Crim. No.: 21-207 (TNT)** |
| | : |
| **v.** | : |
| | : |
| | : |
| **MATTHEW COUNCIL,** | : |
| | : |
| | : |
| **Defendant.** | : |

## NOTICE OF APPEARANCE

The United States of America hereby informs the Court that Assistant United States Attorney John Crabb Jr. is entering his appearance in this matter on behalf of the government.

                                                              Respectfully submitted,

                                                              MATTHEW M. GRAVES
                                                              United States Attorney
                                                              D.C. Bar No. 481052

                                                              _____/s/_____
                                                               John Crabb Jr.
                                                              Chief, Capitol Siege Section
                                                              N.Y. Bar No. 2367670
                                                              601 D Street, N.W.
                                                              Washington, D.C. 20530
                                                              john.d.crabb@usdoj.gov
                                                              (202) 252-1794