CRIMINAL CASELOAD STATISTICS*
JANUARY 6, 2020 THROUGH JANUARY 6, 2022
CHARGE 18 USC 231**
FELONY/MISDEMEANORY, DEFENDANTS FILED, CASES FILED***

| DISTRICT | FELONY/MISDEMEANOR | DEFENDANTS FILED | CASES FILED |
|---|---|---|---|
| ALABAMA MIDDLE | - | 0 | 0 |
| ALABAMA NORTHERN | - | 0 | 0 |
| ALABAMA SOUTHERN | F | 1 | 1 |
| ALASKA | - | 0 | 0 |
| ARIZONA | - | 0 | 0 |
| ARKANSAS EASTERN | - | 0 | 0 |
| ARKANSAS WESTERN | - | 0 | 0 |
| CALIFORNIA CENTRAL | - | 0 | 0 |
| CALIFORNIA EASTERN | - | 0 | 0 |
| CALIFORNIA NORTHERN | - | 0 | 0 |
| CALIFORNIA SOUTHERN | - | 0 | 0 |
| COLORADO | - | 0 | 0 |
| CONNECTICUT | - | 0 | 0 |
| DELAWARE | F | 1 | 1 |
| FLORIDA MIDDLE | - | 0 | 0 |
| FLORIDA NORTHERN | - | 0 | 0 |
| FLORIDA SOUTHERN | - | 0 | 0 |
| GEORGIA MIDDLE | - | 0 | 0 |
| GEORGIA NORTHERN | - | 0 | 0 |
| GEORGIA SOUTHERN | - | 0 | 0 |
| GUAM | - | 0 | 0 |
| HAWAII | - | 0 | 0 |
| IDAHO | - | 0 | 0 |
| ILLINOIS CENTRAL | - | 0 | 0 |
| ILLINOIS NORTHERN | F | 2 | 2 |
| ILLINOIS SOUTHERN | - | 0 | 0 |
| INDIANA NORTHERN | - | 0 | 0 |
| INDIANA SOUTHERN | - | 0 | 0 |
| IOWA NORTHERN | - | 0 | 0 |
| IOWA SOUTHERN | - | 0 | 0 |
| KANSAS | - | 0 | 0 |
| KENTUCKY EASTERN | - | 0 | 0 |
| KENTUCKY WESTERN | F | 1 | 1 |
| LOUISIANA EASTERN | - | 0 | 0 |
| LOUISIANA MIDDLE | - | 0 | 0 |
| LOUISIANA WESTERN | - | 0 | 0 |
| MAINE | - | 0 | 0 |
| MARYLAND | - | 0 | 0 |
| MASSACHUSETTS | F | 2 | 2 |
| MICHIGAN EASTERN | - | 0 | 0 |
| MICHIGAN WESTERN | - | 0 | 0 |
| MINNESOTA | F | 1 | 1 |
| MISSISSIPPI NORTHERN | - | 0 | 0 |
| MISSISSIPPI SOUTHERN | - | 0 | 0 |
| MISSOURI EASTERN | - | 0 | 0 |
| MISSOURI WESTERN | - | 0 | 0 |
| MONTANA | - | 0 | 0 |
| NEBRASKA | - | 0 | 0 |
| NEVADA | - | 0 | 0 |
| NEW HAMPSHIRE | - | 0 | 0 |
| NEW JERSEY | F | 4 | 4 |
| NEW MEXICO | - | 0 | 0 |
| NEW YORK EASTERN | F | 6 | 5 |

| District | Charge | Cases | Guilty |
|---|---|---|---|
| NEW YORK NORTHERN | - | 0 | 0 |
| NEW YORK SOUTHERN | - | 0 | 0 |
| NEW YORK WESTERN | F | 2 | 2 |
| NORTH CAROLINA EASTERN | - | 0 | 0 |
| NORTH CAROLINA MIDDLE | - | 0 | 0 |
| NORTH CAROLINA WESTERN | - | 0 | 0 |
| NORTH DAKOTA | F | 3 | 3 |
| NORTHERN MARIANA ISLANDS | - | 0 | 0 |
| OHIO NORTHERN | F | 2 | 1 |
| OHIO SOUTHERN | - | 0 | 0 |
| OKLAHOMA EASTERN | - | 0 | 0 |
| OKLAHOMA NORTHERN | - | 0 | 0 |
| OKLAHOMA WESTERN | - | 0 | 0 |
| OREGON | F | 19 | 19 |
| PENNSYLVANIA EASTERN | F | 5 | 2 |
| PENNSYLVANIA MIDDLE | - | 0 | 0 |
| PENNSYLVANIA WESTERN | F | 9 | 8 |
| PUERTO RICO | - | 0 | 0 |
| RHODE ISLAND | - | 0 | 0 |
| SOUTH CAROLINA | F | 2 | 2 |
| SOUTH DAKOTA | - | 0 | 0 |
| TENNESSEE EASTERN | - | 0 | 0 |
| TENNESSEE MIDDLE | - | 0 | 0 |
| TENNESSEE WESTERN | - | 0 | 0 |
| TEXAS EASTERN | - | 0 | 0 |
| TEXAS NORTHERN | - | 0 | 0 |
| TEXAS SOUTHERN | F | 1 | 1 |
| TEXAS WESTERN | - | 0 | 0 |
| UTAH | - | 0 | 0 |
| VERMONT | - | 0 | 0 |
| VIRGIN ISLANDS | - | 0 | 0 |
| VIRGINIA EASTERN | - | 0 | 0 |
| VIRGINIA WESTERN | - | 0 | 0 |
| WASHINGTON EASTERN | - | 0 | 0 |
| WASHINGTON WESTERN | F | 1 | 1 |
| WEST VIRGINIA NORTHERN | - | 0 | 0 |
| WEST VIRGINIA SOUTHERN | - | 0 | 0 |
| WISCONSIN EASTERN | F | 1 | 1 |
| WISCONSIN WESTERN | - | 0 | 0 |
| WYOMING | - | 0 | 0 |
| **TOTAL** | | **63** | **57** |
| | | | |
| DISTRICT OF COLUMBIA | F | 207 | 145 |

\*Caseload data extracted from the United States Attorneys' Case Management System.

\*\*This chart includes data on any and all criminal cases/defendants where 18 U.S.C. 231 was brought as any charge againt a defendant.

\*\*\*Charge category column displays the following: F = Felony, M = Misdemeanor, P = Petty, (Dash) = zero defendants/cases filed or guilty defendants.

Guilty defendants reflects defendants who were charged with the statute(s) appearing on the chart, and were guilty of at least one statute they were charged with

CRIMINAL CASELOAD STATISTICS*
JANUARY 6, 2020 THROUGH JANUARY 6, 2022
CHARGE 18 USC 231**
FELONY/MISDEMEANOR, GUILTY DEFENDANTS***

| DISTRICT | FELONY/MISDEMEANOR | GUILTY DEFENDANTS |
|---|---|---|
| ALABAMA MIDDLE | - | 0 |
| ALABAMA NORTHERN | - | 0 |
| ALABAMA SOUTHERN | - | 0 |
| ALASKA | - | 0 |
| ARIZONA | - | 0 |
| ARKANSAS EASTERN | - | 0 |
| ARKANSAS WESTERN | - | 0 |
| CALIFORNIA CENTRAL | - | 0 |
| CALIFORNIA EASTERN | - | 0 |
| CALIFORNIA NORTHERN | - | 0 |
| CALIFORNIA SOUTHERN | - | 0 |
| COLORADO | - | 0 |
| CONNECTICUT | - | 0 |
| DELAWARE | F | 1 |
| FLORIDA MIDDLE | - | 0 |
| FLORIDA NORTHERN | - | 0 |
| FLORIDA SOUTHERN | - | 0 |
| GEORGIA MIDDLE | - | 0 |
| GEORGIA NORTHERN | - | 0 |
| GEORGIA SOUTHERN | - | 0 |
| GUAM | - | 0 |
| HAWAII | - | 0 |
| IDAHO | - | 0 |
| ILLINOIS CENTRAL | - | 0 |
| ILLINOIS NORTHERN | F | 1 |
| ILLINOIS SOUTHERN | - | 0 |
| INDIANA NORTHERN | - | 0 |
| INDIANA SOUTHERN | - | 0 |
| IOWA NORTHERN | - | 0 |
| IOWA SOUTHERN | - | 0 |
| KANSAS | - | 0 |
| KENTUCKY EASTERN | - | 0 |
| KENTUCKY WESTERN | - | 0 |
| LOUISIANA EASTERN | - | 0 |
| LOUISIANA MIDDLE | - | 0 |
| LOUISIANA WESTERN | - | 0 |
| MAINE | - | 0 |
| MARYLAND | - | 0 |
| MASSACHUSETTS | F | 1 |
| MICHIGAN EASTERN | - | 0 |
| MICHIGAN WESTERN | - | 0 |
| MINNESOTA | F | 1 |
| MISSISSIPPI NORTHERN | - | 0 |
| MISSISSIPPI SOUTHERN | - | 0 |
| MISSOURI EASTERN | - | 0 |
| MISSOURI WESTERN | - | 0 |
| MONTANA | - | 0 |
| NEBRASKA | - | 0 |
| NEVADA | - | 0 |
| NEW HAMPSHIRE | - | 0 |
| NEW JERSEY | F | 2 |
| NEW MEXICO | - | 0 |
| NEW YORK EASTERN | - | 0 |

| | | |
|---|---|---|
| NEW YORK NORTHERN | - | 0 |
| NEW YORK SOUTHERN | - | 0 |
| NEW YORK WESTERN | F | 1 |
| NORTH CAROLINA EASTERN | - | 0 |
| NORTH CAROLINA MIDDLE | - | 0 |
| NORTH CAROLINA WESTERN | - | 0 |
| NORTH DAKOTA | F | 3 |
| NORTHERN MARIANA ISLANDS | - | 0 |
| OHIO NORTHERN | F | 0 |
| OHIO SOUTHERN | - | 0 |
| OKLAHOMA EASTERN | - | 0 |
| OKLAHOMA NORTHERN | - | 0 |
| OKLAHOMA WESTERN | - | 0 |
| OREGON | F | 1 |
| PENNSYLVANIA EASTERN | - | 0 |
| PENNSYLVANIA MIDDLE | - | 0 |
| PENNSYLVANIA WESTERN | F | 6 |
| PUERTO RICO | - | 0 |
| RHODE ISLAND | - | 0 |
| SOUTH CAROLINA | F | 2 |
| SOUTH DAKOTA | - | 0 |
| TENNESSEE EASTERN | - | 0 |
| TENNESSEE MIDDLE | - | 0 |
| TENNESSEE WESTERN | - | 0 |
| TEXAS EASTERN | - | 0 |
| TEXAS NORTHERN | - | 0 |
| TEXAS SOUTHERN | - | 0 |
| TEXAS WESTERN | - | 0 |
| UTAH | - | 0 |
| VERMONT | - | 0 |
| VIRGIN ISLANDS | - | 0 |
| VIRGINIA EASTERN | - | 0 |
| VIRGINIA WESTERN | - | 0 |
| WASHINGTON EASTERN | - | 0 |
| WASHINGTON WESTERN | - | 0 |
| WEST VIRGINIA NORTHERN | - | 0 |
| WEST VIRGINIA SOUTHERN | - | 0 |
| WISCONSIN EASTERN | - | 0 |
| WISCONSIN WESTERN | - | 0 |
| WYOMING | - | 0 |
| **TOTAL** | | **19** |
| | | |
| DISTRICT OF COLUMBIA | F | 1 |

, but not necessarily guilty of the statute(s) appearing on the chart.

|  | **FELONY/MISDEMEANOR TOTALS** |  |
|---|---|---|
| **DEFEDANTS FILED** | FELONY | 63 |
|  | MISDEMEANOR | 0 |
| **CASES FILED** | FELONY | 57 |
|  | MISDEMEANOR | 0 |
| **GUILTY DEFENDANTS** | FELONY | 19 |
|  | MISDEMEANOR | 0 |

**CRIMINAL CASELOAD STATISTICS***
**JANUARY 6, 2020 THROUGH JANUARY 6, 2022**
**CHARGE 18 USC 111****
**FELONY/MISDEMEANOR, DEFENDANTS FILED, CASES FILED****

| DISTRICT | FELONY/MISDEMEANOR | DEFENDANTS FILED | CASES FILED |
|---|---|---|---|
| ALABAMA MIDDLE | - | 0 | 0 |
| ALABAMA NORTHERN | F | 1 | 1 |
| ALABAMA SOUTHERN | F | 2 | 2 |
| ALASKA | F | 1 | 1 |
| ARIZONA | F | 38 | 38 |
| ARIZONA | M | 10 | 10 |
| ARKANSAS EASTERN | F | 5 | 5 |
| ARKANSAS WESTERN | F | 1 | 1 |
| CALIFORNIA CENTRAL | F | 21 | 21 |
| CALIFORNIA CENTRAL | M | 1 | 1 |
| CALIFORNIA EASTERN | F | 1 | 1 |
| CALIFORNIA NORTHERN | F | 1 | 1 |
| CALIFORNIA SOUTHERN | F | 57 | 56 |
| CALIFORNIA SOUTHERN | M | 21 | 21 |
| COLORADO | F | 10 | 10 |
| COLORADO | M | 2 | 2 |
| CONNECTICUT | F | 2 | 2 |
| DELAWARE | - | 0 | 0 |
| FLORIDA MIDDLE | F | 7 | 7 |
| FLORIDA NORTHERN | F | 2 | 2 |
| FLORIDA SOUTHERN | F | 9 | 9 |
| GEORGIA MIDDLE | - | 0 | 0 |
| GEORGIA NORTHERN | F | 7 | 7 |
| GEORGIA SOUTHERN | F | 7 | 6 |
| GUAM | - | 0 | 0 |
| HAWAII | F | 4 | 4 |
| IDAHO | F | 6 | 5 |
| ILLINOIS CENTRAL | F | 1 | 1 |
| ILLINOIS NORTHERN | F | 4 | 4 |
| ILLINOIS SOUTHERN | F | 3 | 3 |
| INDIANA NORTHERN | F | 1 | 1 |
| INDIANA SOUTHERN | F | 1 | 1 |
| IOWA NORTHERN | - | 0 | 0 |
| IOWA SOUTHERN | F | 5 | 5 |
| KANSAS | F | 14 | 10 |
| KENTUCKY EASTERN | F | 7 | 7 |
| KENTUCKY WESTERN | F | 3 | 3 |
| LOUISIANA EASTERN | F | 1 | 1 |
| LOUISIANA MIDDLE | - | 0 | 0 |
| LOUISIANA WESTERN | F | 4 | 4 |
| MAINE | F | 2 | 2 |
| MARYLAND | F | 3 | 3 |
| MASSACHUSETTS | F | 1 | 1 |
| MICHIGAN EASTERN | F | 4 | 4 |
| MICHIGAN EASTERN | M | 1 | 1 |
| MICHIGAN WESTERN | F | 7 | 6 |
| MICHIGAN WESTERN | M | 1 | 1 |
| MINNESOTA | F | 4 | 4 |
| MISSISSIPPI NORTHERN | F | 4 | 4 |
| MISSISSIPPI SOUTHERN | F | 12 | 12 |
| MISSOURI EASTERN | F | 12 | 11 |
| MISSOURI WESTERN | F | 7 | 7 |
| MONTANA | F | 1 | 1 |

| | | | |
|---|---|---|---|
| NEBRASKA | F | 14 | 11 |
| NEBRASKA | M | 2 | 2 |
| NEVADA | F | 5 | 5 |
| NEW HAMPSHIRE | M | 1 | 1 |
| NEW JERSEY | F | 5 | 5 |
| NEW MEXICO | F | 38 | 33 |
| NEW MEXICO | M | 7 | 7 |
| NEW YORK EASTERN | - | 0 | 0 |
| NEW YORK NORTHERN | F | 4 | 4 |
| NEW YORK SOUTHERN | F | 4 | 4 |
| NEW YORK SOUTHERN | M | 1 | 1 |
| NEW YORK WESTERN | M | 1 | 1 |
| NORTH CAROLINA EASTERN | F | 7 | 6 |
| NORTH CAROLINA MIDDLE | F | 1 | 1 |
| NORTH CAROLINA WESTERN | F | 4 | 4 |
| NORTH CAROLINA WESTERN | M | 1 | 1 |
| NORTH DAKOTA | F | 15 | 15 |
| NORTHERN MARIANA ISLANDS | - | 0 | 0 |
| OHIO NORTHERN | F | 14 | 13 |
| OHIO SOUTHERN | F | 3 | 3 |
| OKLAHOMA EASTERN | F | 10 | 2 |
| OKLAHOMA NORTHERN | F | 2 | 2 |
| OKLAHOMA WESTERN | F | 4 | 4 |
| OREGON | F | 14 | 14 |
| OREGON | M | 21 | 21 |
| PENNSYLVANIA EASTERN | F | 4 | 4 |
| PENNSYLVANIA EASTERN | M | 2 | 2 |
| PENNSYLVANIA MIDDLE | F | 6 | 6 |
| PENNSYLVANIA WESTERN | F | 1 | 1 |
| PUERTO RICO | F | 7 | 7 |
| RHODE ISLAND | - | 0 | 0 |
| SOUTH CAROLINA | F | 1 | 1 |
| SOUTH DAKOTA | F | 52 | 51 |
| SOUTH DAKOTA | M | 3 | 3 |
| TENNESSEE EASTERN | F | 3 | 3 |
| TENNESSEE MIDDLE | F | 2 | 1 |
| TENNESSEE WESTERN | F | 13 | 13 |
| TEXAS EASTERN | F | 6 | 6 |
| TEXAS NORTHERN | F | 9 | 9 |
| TEXAS NORTHERN | M | 1 | 1 |
| TEXAS SOUTHERN | F | 62 | 59 |
| TEXAS SOUTHERN | M | 2 | 2 |
| TEXAS WESTERN | F | 55 | 50 |
| TEXAS WESTERN | M | 4 | 4 |
| UTAH | F | 9 | 9 |
| VERMONT | F | 3 | 3 |
| VIRGIN ISLANDS | - | 0 | 0 |
| VIRGINIA EASTERN | F | 5 | 5 |
| VIRGINIA WESTERN | F | 3 | 3 |
| WASHINGTON EASTERN | F | 4 | 4 |
| WASHINGTON WESTERN | F | 4 | 4 |
| WEST VIRGINIA NORTHERN | F | 9 | 9 |
| WEST VIRGINIA SOUTHERN | F | 2 | 2 |
| WEST VIRGINIA SOUTHERN | M | 1 | 1 |
| WISCONSIN EASTERN | F | 4 | 4 |
| WISCONSIN WESTERN | - | 0 | 0 |
| WYOMING | F | 4 | 4 |
| WYOMING | P | 1 | 1 |
| **TOTAL** | | **779** | **742** |

| | | | |
|---|---|---|---|
| DISTRICT OF COLUMBIA | F | 154 | 119 |

*Caseload data extracted from the United States Attorneys' Case Management System.
**This chart includes data on any and all criminal cases/defendants where 18 U.S.C. 111 was brought as any charge againt a defendant.
***Charge category column displays the following: F = Felony, M = Misdemeanor, P = Petty, (Dash) = zero defendants/cases filed or guilty defendants.
Guilty defendants reflects defendants who were charged with the statute(s) appearing on the chart, and were guilty of at least one statute they were charged with

# CRIMINAL CASELOAD STATISTICS*
## JANUARY 6, 2020 THROUGH JANUARY 6, 2022
## CHARGE 18 USC 111**
### FELONY/MISDEMEANOR, GUILTY DEFENDANTS***

| DISTRICT | FELONY/MISDEMEANOR | GUILTY DEFENDANTS |
|---|---|---|
| ALABAMA MIDDLE | - | 0 |
| ALABAMA NORTHERN | - | 0 |
| ALABAMA SOUTHERN | - | 0 |
| ALASKA | - | 0 |
| ARIZONA | F | 14 |
| ARIZONA | M | 7 |
| ARKANSAS EASTERN | - | 0 |
| ARKANSAS WESTERN | - | 0 |
| CALIFORNIA CENTRAL | F | 2 |
| CALIFORNIA CENTRAL | M | 1 |
| CALIFORNIA EASTERN | - | 0 |
| CALIFORNIA NORTHERN | - | 0 |
| CALIFORNIA SOUTHERN | F | 15 |
| CALIFORNIA SOUTHERN | M | 20 |
| COLORADO | F | 7 |
| COLORADO | M | 3 |
| CONNECTICUT | F | 1 |
| DELAWARE | - | 0 |
| FLORIDA MIDDLE | F | 3 |
| FLORIDA NORTHERN | F | 2 |
| FLORIDA SOUTHERN | F | 0 |
| GEORGIA MIDDLE | - | 0 |
| GEORGIA NORTHERN | - | 0 |
| GEORGIA SOUTHERN | F | 5 |
| GUAM | - | 0 |
| HAWAII | - | 0 |
| IDAHO | F | 0 |
| ILLINOIS CENTRAL | F | 1 |
| ILLINOIS NORTHERN | - | 0 |
| ILLINOIS SOUTHERN | F | 1 |
| INDIANA NORTHERN | - | 0 |
| INDIANA SOUTHERN | - | 0 |
| IOWA NORTHERN | - | 0 |
| IOWA SOUTHERN | F | 1 |
| KANSAS | F | 2 |
| KENTUCKY EASTERN | F | 3 |
| KENTUCKY EASTERN | M | 0 |
| KENTUCKY WESTERN | - | 0 |
| LOUISIANA EASTERN | - | 0 |
| LOUISIANA MIDDLE | - | 0 |
| LOUISIANA WESTERN | F | 0 |
| MAINE | F | 1 |
| MARYLAND | F | 2 |
| MASSACHUSETTS | - | 0 |
| MICHIGAN EASTERN | F | 2 |
| MICHIGAN EASTERN | M | 1 |
| MICHIGAN WESTERN | F | 1 |
| MINNESOTA | F | 4 |
| MISSISSIPPI NORTHERN | F | 1 |
| MISSISSIPPI SOUTHERN | F | 4 |
| MISSOURI EASTERN | F | 2 |
| MISSOURI WESTERN | F | 2 |
| MONTANA | - | 0 |

| | | |
|---|---|---|
| NEBRASKA | F | 4 |
| NEBRASKA | M | 2 |
| NEVADA | - | 0 |
| NEW HAMPSHIRE | - | 0 |
| NEW JERSEY | F | 1 |
| NEW MEXICO | F | 9 |
| NEW MEXICO | M | 3 |
| NEW YORK EASTERN | - | 0 |
| NEW YORK NORTHERN | F | 2 |
| NEW YORK NORTHERN | M | 1 |
| NEW YORK SOUTHERN | M | 1 |
| NEW YORK WESTERN | M | 1 |
| NORTH CAROLINA EASTERN | F | 2 |
| NORTH CAROLINA MIDDLE | - | 0 |
| NORTH CAROLINA WESTERN | F | 1 |
| NORTH CAROLINA WESTERN | M | 1 |
| NORTH DAKOTA | F | 7 |
| NORTHERN MARIANA ISLANDS | - | 0 |
| OHIO NORTHERN | F | 1 |
| OHIO SOUTHERN | F | 1 |
| OKLAHOMA EASTERN | - | 0 |
| OKLAHOMA NORTHERN | F | 1 |
| OKLAHOMA WESTERN | - | 0 |
| OREGON | F | 1 |
| OREGON | M | 2 |
| PENNSYLVANIA EASTERN | F | 2 |
| PENNSYLVANIA MIDDLE | F | 0 |
| PENNSYLVANIA MIDDLE | M | 1 |
| PENNSYLVANIA WESTERN | - | 0 |
| PUERTO RICO | F | 2 |
| RHODE ISLAND | - | 0 |
| SOUTH CAROLINA | - | 0 |
| SOUTH DAKOTA | F | 19 |
| SOUTH DAKOTA | M | 5 |
| TENNESSEE EASTERN | - | 0 |
| TENNESSEE MIDDLE | - | 0 |
| TENNESSEE WESTERN | F | 4 |
| TEXAS EASTERN | F | 3 |
| TEXAS NORTHERN | F | 2 |
| TEXAS NORTHERN | M | 1 |
| TEXAS SOUTHERN | F | 28 |
| TEXAS SOUTHERN | M | 2 |
| TEXAS WESTERN | F | 16 |
| TEXAS WESTERN | M | 1 |
| UTAH | F | 2 |
| VERMONT | F | 2 |
| VIRGIN ISLANDS | - | 0 |
| VIRGINIA EASTERN | F | 2 |
| VIRGINIA EASTERN | M | 1 |
| VIRGINIA WESTERN | F | 2 |
| WASHINGTON EASTERN | - | 0 |
| WASHINGTON WESTERN | - | 0 |
| WEST VIRGINIA NORTHERN | F | 6 |
| WEST VIRGINIA SOUTHERN | - | 0 |
| WISCONSIN EASTERN | F | 1 |
| WISCONSIN WESTERN | - | 0 |
| WYOMING | F | 4 |
| WYOMING | P | 1 |
| **TOTAL** | | **256** |

DISTRICT OF COLUMBIA                              F                         3

, but not necessarily guilty of the statute(s) appearing on the chart.

|  | **FELONY/MISDEMEANOR TOTALS** |  |
|---|---|---:|
| **DEFEDANTS FILED** | FELONY | 695 |
|  | MISDEMEANOR | 83 |
| **CASES FILED** | FELONY | 658 |
|  | MISDEMEANOR | 83 |
| **GUILTY DEFENDANTS** | FELONY | 201 |
|  | MISDEMEANOR | 54 |

**CRIMINAL CASELOAD STATISTICS***
**JANUARY 6, 2020 THROUGH JANUARY 6, 2022**
**18 USC 111 OR 18 USC 231****
**FELONY/MISDEMEANOR, DEFENDANTS FILED, CASES FILED****

| DISTRICT | FELONY/MISDEMEANOR | DEFENDANTS FILED | CASES FILED |
|---|---|---|---|
| ALABAMA MIDDLE | - | 0 | 0 |
| ALABAMA NORTHERN | F | 1 | 1 |
| ALABAMA SOUTHERN | F | 3 | 3 |
| ALASKA | F | 1 | 1 |
| ARIZONA | F | 38 | 38 |
| ARIZONA | M | 10 | 10 |
| ARKANSAS EASTERN | F | 5 | 5 |
| ARKANSAS WESTERN | F | 1 | 1 |
| CALIFORNIA CENTRAL | F | 21 | 21 |
| CALIFORNIA CENTRAL | M | 1 | 1 |
| CALIFORNIA EASTERN | F | 1 | 1 |
| CALIFORNIA NORTHERN | F | 1 | 1 |
| CALIFORNIA SOUTHERN | F | 57 | 56 |
| CALIFORNIA SOUTHERN | M | 21 | 21 |
| COLORADO | F | 10 | 10 |
| COLORADO | M | 2 | 2 |
| CONNECTICUT | F | 2 | 2 |
| DELAWARE | F | 1 | 1 |
| FLORIDA MIDDLE | F | 7 | 7 |
| FLORIDA NORTHERN | F | 2 | 2 |
| FLORIDA SOUTHERN | F | 9 | 9 |
| GEORGIA MIDDLE | - | 0 | 0 |
| GEORGIA NORTHERN | F | 7 | 7 |
| GEORGIA SOUTHERN | F | 7 | 6 |
| GUAM | - | 0 | 0 |
| HAWAII | F | 4 | 4 |
| IDAHO | F | 6 | 5 |
| ILLINOIS CENTRAL | F | 1 | 1 |
| ILLINOIS NORTHERN | F | 6 | 6 |
| ILLINOIS SOUTHERN | F | 3 | 3 |
| INDIANA NORTHERN | F | 1 | 1 |
| INDIANA SOUTHERN | F | 1 | 1 |
| IOWA NORTHERN | - | 0 | 0 |
| IOWA SOUTHERN | F | 5 | 5 |
| KANSAS | F | 14 | 10 |
| KENTUCKY EASTERN | F | 7 | 7 |
| KENTUCKY WESTERN | F | 4 | 4 |
| LOUISIANA EASTERN | F | 1 | 1 |
| LOUISIANA MIDDLE | - | 0 | 0 |
| LOUISIANA WESTERN | F | 4 | 4 |
| MAINE | F | 2 | 2 |
| MARYLAND | F | 3 | 3 |
| MASSACHUSETTS | F | 3 | 3 |
| MICHIGAN EASTERN | F | 4 | 4 |
| MICHIGAN EASTERN | M | 1 | 1 |
| MICHIGAN WESTERN | F | 7 | 6 |
| MICHIGAN WESTERN | M | 1 | 1 |
| MINNESOTA | F | 5 | 5 |
| MISSISSIPPI NORTHERN | F | 4 | 4 |
| MISSISSIPPI SOUTHERN | F | 12 | 12 |
| MISSOURI EASTERN | F | 12 | 11 |
| MISSOURI WESTERN | F | 7 | 7 |

| | | | |
|---|---|---|---|
| MONTANA | F | 1 | 1 |
| NEBRASKA | F | 14 | 11 |
| NEBRASKA | M | 2 | 2 |
| NEVADA | F | 5 | 5 |
| NEW HAMPSHIRE | M | 1 | 1 |
| NEW JERSEY | F | 9 | 9 |
| NEW MEXICO | F | 38 | 33 |
| NEW MEXICO | M | 7 | 7 |
| NEW YORK EASTERN | F | 6 | 5 |
| NEW YORK NORTHERN | F | 4 | 4 |
| NEW YORK SOUTHERN | F | 4 | 4 |
| NEW YORK SOUTHERN | M | 1 | 1 |
| NEW YORK WESTERN | F | 2 | 2 |
| NEW YORK WESTERN | M | 1 | 1 |
| NORTH CAROLINA EASTERN | F | 7 | 6 |
| NORTH CAROLINA MIDDLE | F | 1 | 1 |
| NORTH CAROLINA WESTERN | F | 4 | 4 |
| NORTH CAROLINA WESTERN | M | 1 | 1 |
| NORTH DAKOTA | F | 18 | 18 |
| NORTHERN MARIANA ISLANDS | - | 0 | 0 |
| OHIO NORTHERN | F | 16 | 14 |
| OHIO SOUTHERN | F | 3 | 3 |
| OKLAHOMA EASTERN | F | 10 | 2 |
| OKLAHOMA NORTHERN | F | 2 | 2 |
| OKLAHOMA WESTERN | F | 4 | 4 |
| OREGON | F | 32 | 32 |
| OREGON | M | 21 | 21 |
| PENNSYLVANIA EASTERN | F | 9 | 6 |
| PENNSYLVANIA EASTERN | M | 2 | 2 |
| PENNSYLVANIA MIDDLE | F | 6 | 6 |
| PENNSYLVANIA WESTERN | F | 10 | 9 |
| PUERTO RICO | F | 7 | 7 |
| RHODE ISLAND | - | 0 | 0 |
| SOUTH CAROLINA | F | 3 | 3 |
| SOUTH DAKOTA | F | 52 | 51 |
| SOUTH DAKOTA | M | 3 | 3 |
| TENNESSEE EASTERN | F | 3 | 3 |
| TENNESSEE MIDDLE | F | 2 | 1 |
| TENNESSEE WESTERN | F | 13 | 13 |
| TEXAS EASTERN | F | 6 | 6 |
| TEXAS NORTHERN | F | 9 | 9 |
| TEXAS NORTHERN | M | 1 | 1 |
| TEXAS SOUTHERN | F | 63 | 60 |
| TEXAS SOUTHERN | M | 2 | 2 |
| TEXAS WESTERN | F | 55 | 50 |
| TEXAS WESTERN | M | 4 | 4 |
| UTAH | F | 9 | 9 |
| VERMONT | F | 3 | 3 |
| VIRGIN ISLANDS | - | 0 | 0 |
| VIRGINIA EASTERN | F | 5 | 5 |
| VIRGINIA WESTERN | F | 3 | 3 |
| WASHINGTON EASTERN | F | 4 | 4 |
| WASHINGTON WESTERN | F | 5 | 5 |
| WEST VIRGINIA NORTHERN | F | 9 | 9 |
| WEST VIRGINIA SOUTHERN | F | 2 | 2 |
| WEST VIRGINIA SOUTHERN | M | 1 | 1 |
| WISCONSIN EASTERN | F | 5 | 5 |
| WISCONSIN WESTERN | - | 0 | 0 |
| WYOMING | F | 4 | 4 |

| | | | |
|---|---|---|---|
| WYOMING | P | 1 | 1 |
| **TOTAL** | | **841** | **798** |

| | | | |
|---|---|---|---|
| DISTRICT OF COLUMBIA | F | 222 | 156 |

*Caseload data extracted from the United States Attorneys' Case Management System.
**This chart includes data on any and all criminal cases/defendants where 18 U.S.C. 111 or 18 U.S.C. 231 was brought as any charge againt a defendant. The 18 USC 1
***Charge category column displays the following: F = Felony, M = Misdemeanor, P = Petty, (Dash) = zero defendants/cases filed or guilty defendants.
Guilty defendants reflects defendants who were charged with the statute(s) appearing on the chart, and were guilty of at least one statute they were charged with, bu

**CRIMINAL CASELOAD STATISTICS***
**JANUARY 6, 2020 THROUGH JANUARY 6, 2022**
**18 USC 111 OR 18 USC 231****
**FELONY/MISDEMEANOR, GUILTY DEFENDANTS*****

| DISTRICT | FELONY/MISDEMEANOR | GUILTY DEFENDANTS |
|---|---|---|
| ALABAMA MIDDLE | - | 0 |
| ALABAMA NORTHERN | - | 0 |
| ALABAMA SOUTHERN | - | 0 |
| ALASKA | - | 0 |
| ARIZONA | F | 14 |
| ARIZONA | M | 7 |
| ARKANSAS EASTERN | - | 0 |
| ARKANSAS WESTERN | - | 0 |
| CALIFORNIA CENTRAL | F | 2 |
| CALIFORNIA CENTRAL | M | 1 |
| CALIFORNIA EASTERN | - | 0 |
| CALIFORNIA NORTHERN | - | 0 |
| CALIFORNIA SOUTHERN | F | 15 |
| CALIFORNIA SOUTHERN | M | 20 |
| COLORADO | F | 7 |
| COLORADO | M | 3 |
| CONNECTICUT | F | 1 |
| DELAWARE | F | 1 |
| FLORIDA MIDDLE | F | 3 |
| FLORIDA NORTHERN | F | 2 |
| FLORIDA SOUTHERN | F | 0 |
| GEORGIA MIDDLE | - | 0 |
| GEORGIA NORTHERN | - | 0 |
| GEORGIA SOUTHERN | F | 5 |
| GUAM | - | 0 |
| HAWAII | - | 0 |
| IDAHO | F | 0 |
| ILLINOIS CENTRAL | F | 1 |
| ILLINOIS NORTHERN | F | 1 |
| ILLINOIS SOUTHERN | F | 1 |
| INDIANA NORTHERN | - | 0 |
| INDIANA SOUTHERN | - | 0 |
| IOWA NORTHERN | - | 0 |
| IOWA SOUTHERN | F | 1 |
| KANSAS | F | 2 |
| KENTUCKY EASTERN | F | 3 |
| KENTUCKY EASTERN | M | 0 |
| KENTUCKY WESTERN | - | 0 |
| LOUISIANA EASTERN | - | 0 |
| LOUISIANA MIDDLE | - | 0 |
| LOUISIANA WESTERN | F | 0 |
| MAINE | F | 1 |
| MARYLAND | F | 2 |
| MASSACHUSETTS | F | 1 |
| MICHIGAN EASTERN | F | 2 |
| MICHIGAN EASTERN | M | 1 |
| MICHIGAN WESTERN | F | 1 |
| MINNESOTA | F | 5 |
| MISSISSIPPI NORTHERN | F | 1 |
| MISSISSIPPI SOUTHERN | F | 4 |
| MISSOURI EASTERN | F | 2 |
| MISSOURI WESTERN | F | 2 |

| | | |
|---|---|---|
| MONTANA | - | 0 |
| NEBRASKA | F | 4 |
| NEBRASKA | M | 2 |
| NEVADA | - | 0 |
| NEW HAMPSHIRE | - | 0 |
| NEW JERSEY | F | 3 |
| NEW MEXICO | F | 9 |
| NEW MEXICO | M | 3 |
| NEW YORK EASTERN | - | 0 |
| NEW YORK NORTHERN | F | 2 |
| NEW YORK NORTHERN | M | 1 |
| NEW YORK SOUTHERN | M | 1 |
| NEW YORK WESTERN | F | 1 |
| NEW YORK WESTERN | M | 1 |
| NORTH CAROLINA EASTERN | F | 2 |
| NORTH CAROLINA MIDDLE | - | 0 |
| NORTH CAROLINA WESTERN | F | 1 |
| NORTH CAROLINA WESTERN | M | 1 |
| NORTH DAKOTA | F | 10 |
| NORTHERN MARIANA ISLANDS | - | 0 |
| OHIO NORTHERN | F | 1 |
| OHIO SOUTHERN | F | 1 |
| OKLAHOMA EASTERN | - | 0 |
| OKLAHOMA NORTHERN | F | 1 |
| OKLAHOMA WESTERN | - | 0 |
| OREGON | F | 2 |
| OREGON | M | 2 |
| PENNSYLVANIA EASTERN | F | 2 |
| PENNSYLVANIA MIDDLE | F | 0 |
| PENNSYLVANIA MIDDLE | M | 1 |
| PENNSYLVANIA WESTERN | F | 6 |
| PUERTO RICO | F | 2 |
| RHODE ISLAND | - | 0 |
| SOUTH CAROLINA | F | 2 |
| SOUTH DAKOTA | F | 19 |
| SOUTH DAKOTA | M | 5 |
| TENNESSEE EASTERN | - | 0 |
| TENNESSEE MIDDLE | - | 0 |
| TENNESSEE WESTERN | F | 4 |
| TEXAS EASTERN | F | 3 |
| TEXAS NORTHERN | F | 2 |
| TEXAS NORTHERN | M | 1 |
| TEXAS SOUTHERN | F | 28 |
| TEXAS SOUTHERN | M | 2 |
| TEXAS WESTERN | F | 16 |
| TEXAS WESTERN | M | 1 |
| UTAH | F | 2 |
| VERMONT | F | 2 |
| VIRGIN ISLANDS | - | 0 |
| VIRGINIA EASTERN | F | 2 |
| VIRGINIA EASTERN | M | 1 |
| VIRGINIA WESTERN | F | 2 |
| WASHINGTON EASTERN | - | 0 |
| WASHINGTON WESTERN | - | 0 |
| WEST VIRGINIA NORTHERN | F | 6 |
| WEST VIRGINIA SOUTHERN | - | 0 |
| WISCONSIN EASTERN | F | 1 |
| WISCONSIN WESTERN | - | 0 |
| WYOMING | F | 4 |

| | | |
|---|---|---|
| WYOMING | P | 1 |
| | | **275** |
| DISTRICT OF COLUMBIA | F | 3 |

11/231 stats include a deduplicated count of all defendants charged with either 111 or 231.

it not necessarily guilty of the statute(s) appearing on the chart.

| | FELONY/MISDEMEANOR TOTALS | |
|---|---|---|
| **DEFEDANTS FILED** | FELONY | 757 |
| | MISDEMEANOR | 83 |
| **CASES FILED** | FELONY | 714 |
| | MISDEMEANOR | 83 |
| **GUILTY DEFENDANTS** | FELONY | 220 |
| | MISDEMEANOR | 54 |