**CRIMINAL CASELOAD STATISTICS**
**JANUARY 6, 2020 THROUGH JANUARY 6, 2022**
**DETAIL RECORDS OF TITLE 18 USC 111 AND 18 USC 231**
**ALL CHARGES AND NO APPEALS**

| DISTRICT | DEFENDANT NAME | COURT NUMBER | CHARGE | DISPOSITION CODE | INCARCERATION TYPE | JAIL TIME IN MONTHS | PROBATION IN MONTHS |
|---|---|---|---|---|---|---|---|
| AZ | Felix-Pelayo, Jesus Antonio | 19-CR-02877-TUC | 08 :01326a | Guilty | | 6 | 0 |
| AZ | | | 18 :00111a1 | Dismissed w/o prejudice | | | |
| AZ | | | 08 :01326a | Guilty | | | |
| AZ | Corral, Martin Leon | 19-CR-03391-TUC | 08 :01324a1AvI | Guilty | | 13 | 0 |
| AZ | | | 18 :00111a1 | Dismissed w/o prejudice | | | |
| AZ | | | 08 :01324a1Aii | Dismissed w/o prejudice | | | |
| AZ | | | 08 :01324a1AvI | Guilty | | | |
| AZ | Glushchenko, Evgenii | 19-CR-03277-TUC | 08 :01326a | Guilty | Time served | 0 | 0 |
| AZ | | | 18 :00111a | Dismissed w/o prejudice | | | |
| AZ | | | 08 :01326a | Guilty | | | |
| AZ | Mendoza-Diaz, Jesus Antonio | 19-CR-03390-TUC | 18 :00111a | Guilty | | 10 | 0 |
| AZ | | | 18 :00111a | Guilty | | | |
| AZ | Siyuja, Jennifer LeAnn | 20-CR-08000-PCT | 18 :03583e | | | 1 | 24 |
| AZ | | | 18 :03583e | | | | |
| AZ | | | 18 :00111a1 | Guilty | | | |
| AZ | | | 36R:4.23a1 | Guilty | | | |
| AZ | Allen, David | 20-CR-08040-PCT | 18 :00115a1B | Guilty | | 0 | 36 |
| AZ | | | 18 :00115a1B | Dismissed w/o prejudice | | | |
| AZ | | | 18 :00111a | Dismissed w/o prejudice | | | |
| AZ | | | 38R:1.218a5 | Dismissed w/o prejudice | | | |
| AZ | | | 18 :00115a1B | Guilty | | | |
| AZ | | | 18 :03565 | Guilty | | | |
| AZ | Smith, Bronson Carbal | 20-CR-08041-PCT | 18 :00111a1 | Guilty | | 4 | 0 |
| AZ | | | 18 :00111a1 | Dismissed w/o prejudice | | | |
| AZ | | | 18 :00111a1 | Guilty | | | |
| AZ | Pleitez Lopez, Manuel de Jesus | 20-CR-02522-TUC | 18 :00111a | Guilty | | 48 | 0 |
| AZ | | | 18 :00111a | Guilty | | | |
| AZ | Harman, Belina | 20-CR-01863-TUC | 18 :00111a | Guilty | | 7 | 0 |
| AZ | | | 18 :00111a | Guilty | | | |
| AZ | Pedroza, Leobardo | 20-CR-02004-TUC | 18 :00111a | Guilty | Time served | 0 | 0 |
| AZ | | | 18 :00111a | Guilty | | | |
| AZ | Edwards, Joseph Raymond | 20-CR-02704-TUC | 18 :00111a | Guilty | | 20 | 0 |
| AZ | | | 18 :00111a | Guilty | | | |
| AZ | Valencia, Ernie Gilbert | 20-CR-01860-TUC | 18 :00111a | Guilty | | 13 | 0 |
| AZ | | | 18 :00111a | Guilty | | | |
| AZ | Lucero, Robert Eric | 20-CR-08066-PCT | 18 :00111a1 | Guilty | | 3 | 36 |
| AZ | | | 18 :00111a1 | Guilty | | | |
| AZ | | | 18 :00111a1 | Dismissed w/ prejudice | | | |
| AZ | | | 36R:2.30a1 | Dismissed w/ prejudice | | | |
| AZ | | | 36R:2.30a1 | Guilty | | | |
| AZ | Yarnall, Walter Jr. | 20-CR-08061-PCT | 18 :00111a1 | Guilty | Time served | 0 | 0 |
| AZ | | | 18 :00111a1 | Guilty | | | |
| AZ | | | 38R:1.218A5B11 | Dismissed w/o prejudice | | | |

| State | Name | Case Number | Statute | Disposition | Concurrent/Time | Months | Days |
|---|---|---|---|---|---|---|---|
| AZ | Lehi, Caitlen | 20-CR-08079-PCT | 18 :00111a1 | Guilty | | 0 | 24 |
| AZ | | | 36R:4.23a1 | Guilty | | | |
| AZ | | | 18 :00111a1 | Guilty | | | |
| AZ | Bender, Stone Phillip | 21-CR-08004-PCT | 18 :00111a1 | Guilty | | 3 | 0 |
| AZ | | | 18 :00111a1 | Dismissed w/o prejudice | | | |
| AZ | | | 18 :00111a1 | Guilty | | | |
| AZ | Soto-Martinez, Aniceto | 21-CR-00240-TUC | 08 :01326b2 | Guilty | Concurrent | 36 | 0 |
| AZ | | | 08 :01326b2 | Guilty | | | |
| AZ | | | 18 :00111a1 | Guilty | | | |
| CAC | Figueroa-Rivas, Oscar Armando | 20-CR-00030-ED | 18 :00111a1 | Guilty | | 0 | 6 |
| CAC | | | 18 :00111a1 | Guilty | | | |
| CAC | Brown, Kamie | 20-CR-00125-ED | 18 :00111a1 | Guilty | | 0 | 12 |
| CAC | | | 18 :00111a1 | Guilty | | | |
| CAC | Roddy, Jonathan Lemont | 20-CR-00310-LA | 18 :00111a1 | Guilty | | 24 | 0 |
| CAC | | | 18 :01704 | Dismissed w/o prejudice | | | |
| CAC | | | 18 :00111a1 | Guilty | | | |
| CAS | Serrano Silva, Julio | 20-CR-00310-CAB | 18 :00111a1 | Guilty | | 12 | 0 |
| CAS | | | 18 :00111a1 | Guilty | | | |
| CAS | Navarro-Corona, Alberto | 19-CR-02519-AGS | 18 :00111a1 | Guilty | Time served | 0 | 0 |
| CAS | | | 18 :00111a1 | Guilty | | | |
| CAS | Sanchez, Jair Romahn | 20-CR-00215-DMS | 08 :01324a1Aii | Guilty | Concurrent | 24 | 0 |
| CAS | | | 18 :00111a1 | Guilty | | | |
| CAS | | | 08 :01324a1Aii | Guilty | | | |
| CAS | Garcia-Valenzuela , Jose Abraham | 20-CR-00654-AGS | 18 :00111a1 | Guilty | Concurrent | 8 | 0 |
| CAS | | | 18 :00111a1 | Guilty | | | |
| CAS | | | 18 :00111a1 | Guilty | | | |
| CAS | Sutil , Landon Frank | 20-CR-00555-CAB | 08 :01324a1Aii | Guilty | Concurrent | 13 | 0 |
| CAS | Sutil , Landon Frank | 20-CR-00555-CAB | 18 :00111a1 | Guilty | Concurrent | 13 | 0 |
| CAS | | | 08 :01324a1Aii | Guilty | | | |
| CAS | | | 18 :00111a1 | Guilty | | | |
| CAS | Espinal-Abad , Francisco | 20-CR-01196-BAS | 18 :00111a1 | Guilty | Time served | 0 | 0 |
| CAS | | | 18 :00111a1 | Guilty | | | |
| CAS | Cordova , Mauricio | 20-CR-01140-BGS | 08 :01325a1 | Guilty | Concurrent | 1 | 0 |
| CAS | | | 08 :01325a1 | Guilty | | | |
| CAS | | | 18 :00111a1 | Guilty | | | |
| CAS | Rivera Anaya, Daniel | 20-CR-01609-MSB | 18 :00111a1 | Guilty | | 6 | 0 |
| CAS | | | 18 :00111a1 | Guilty | | | |
| CAS | Bustos, Lazaro | 20-CR-02525-BLM | 08 :01325a3 | Guilty | Concurrent | 6 | 0 |
| CAS | | | 08 :01325a3 | Guilty | | | |
| CAS | | | 18 :00111a1 | Guilty | | | |
| CAS | Sabell-Stoltz, Adam | 20-CR-03006-AGS | 18 :00111a1 | Guilty | | 0 | 6 |
| CAS | | | 18 :00111a1 | Guilty | | | |
| CAS | | | 18 :00111a1 | Guilty | | | |
| CAS | Revilla, Saul Jossue | 20-CR-02998-LL | 18 :00111a1 | Guilty | Time served | 0 | 0 |
| CAS | Revilla, Saul Jossue | 20-CR-02998-LL | 18 :03583 | Guilty | Time served | 0 | 0 |
| CAS | | | 18 :00111a1 | Guilty | | | |
| CAS | | | 18 :03583 | Guilty | | | |
| CAS | Lewis, Brennan Trey | 20-CR-03157-CAB | 18 :00111a | Guilty | Time served | 8 | 0 |
| CAS | | | 18 :00111a | Guilty | | | |

| District | Name | Case Number | Statute | Disposition | Sentence Type | Months | Other |
|---|---|---|---|---|---|---|---|
| CAS | Vasquez Lopez, Jose Luis | 20-CR-03334-KSC | 18 :00111a1 | Guilty | Time served | 0 | 0 |
| CAS | | | 18 :00111a1 | Guilty | | | |
| CAS | | | 18 :00111a1 | Guilty | | | |
| CAS | Rodriguez-Lopez, Jose Luis | 20-CR-03731-MSB | 08 :01325a1 | Guilty | Time served | 0 | 0 |
| CAS | | | 18 :00111a1 | Dismissed w/o prejudice | | | |
| CAS | | | 08 :01325a1 | Guilty | | | |
| CAS | Salmeron-Chavez, Reynaldo | 21-CR-00146-AGS | 18 :00111a | Guilty | | 2 | 0 |
| CAS | | | 18 :00111a | Guilty | | | |
| CAS | Adarga-Rodriguez, Arnoldo Izvian | 21-CR-00658-GPC | 18 :00111a | Guilty | | 8 | 0 |
| CAS | | | 18 :00111a | Guilty | | | |
| CAS | Solis-Montenegro, Oscar Juan | 21-CR-00692-AJB | 18 :00111a1 | Guilty | | 10 | 0 |
| CAS | | | 18 :00111a1 | Guilty | | | |
| CAS | Duran, Edgar Alberto | 21-CR-00908-KSC | 18 :00111a1 | Guilty | | 4 | 0 |
| CAS | | | 18 :00111a1 | Guilty | | | |
| CAS | Meza-Diarte, Edgar Maxilmiliano | 21-CR-01181-DMS | 18 :00111a1 | Guilty | Time served | 0 | 0 |
| CAS | | | 18 :00111a1 | Guilty | | | |
| CAS | Chirinos-Ramos, Renan Adalid | 21-CR-01231-AGS | 08 :01325a1 | Guilty | | 3 | 0 |
| CAS | Chirinos-Ramos, Renan Adalid | 21-CR-01231-AGS | 08 :01326a | Dismissed w/o prejudice | | 3 | 0 |
| CAS | | | 18 :00111a1 | Dismissed w/o prejudice | | | |
| CAS | | | 08 :01325a1 | Guilty | | | |
| CAS | | | 08 :01326a | Dismissed w/o prejudice | | | |
| CAS | Seryy, Aleksey | 21-CR-01312-MDD | 18 :00111a1 | Guilty | | 12 | 0 |
| CAS | | | 18 :00111a1 | Guilty | | | |
| CAS | Silva Alfaro, Misael | 21-CR-01740-MSB | 18 :00111a1 | Guilty | Time served | 0 | 0 |
| CAS | | | 18 :00111a1 | Guilty | | | |
| CAS | Mejia-Garcia, Valentin | 21-CR-01862-NLS | 18 :00111a | Guilty | | 6 | 0 |
| CAS | | | 18 :00111a | Guilty | | | |
| CAS | Perez-Perez, Gregorio | 21-CR-02090-AHG | 18 :00111a1 | Guilty | Time served | 0 | 0 |
| CAS | | | 18 :00111a1 | Guilty | | | |
| CAS | Lopez-Gutierrez, Hector Eduardo | 21-CR-02155-BGS | 08 :01325a1 | Guilty | Time served | 0 | 0 |
| CAS | | | 18 :00111a1 | Guilty | | | |
| CAS | | | 08 :01325a1 | Guilty | | | |
| CAS | Bravo-Gomez, Luis Genaro | 21-CR-02603-KSC | 18 :00111a | Guilty | | 2 | 0 |
| CAS | | | 18 :00111a | Guilty | | | |
| CAS | Mysaniuk, Sergii | 21-CR-02563-TWR | 18 :00111a1 | Guilty | | 6 | 0 |
| CAS | | | 18 :00111a1 | Guilty | | | |
| CAS | Hernandez-Benavides, Ricardo | 21-CR-02906-DEB | 08 :01325a1 | Guilty | Concurrent | 0 | 0 |
| CAS | | | 08 :01325a1 | Guilty | | | |
| CAS | | | 18 :00111a1 | Guilty | | | |
| CAS | Morozov, Sergey | 21-CR-02899-AGS | 18 :00111a1 | Guilty | Time served | 0 | 0 |
| CAS | | | 18 :00111a1 | Guilty | | | |
| CO | Rivas-Saenz, Omar | 20-CR-00028 | 21 :00846 | Guilty | | 176 | 0 |
| CO | | | 21 :00841b1C | Dismissed w/o prejudice | | | |
| CO | | | 18 :00111a | Dismissed w/o prejudice | | | |
| CO | | | 18 :00924c1Ai | Dismissed w/o prejudice | | | |
| CO | | | 18 :00922g5A | Dismissed w/o prejudice | | | |
| CO | | | 21 :00841b1Aviii | Dismissed w/o prejudice | | | |
| CO | | | 21 :00846 | Guilty | | | |
| CO | Johnson, Walter | 19-CR-00525 | 18 :00111a1 | Guilty | Consecutive | 30 | 0 |

| District | Defendant | Case | Statute | Disposition | Concurrent/Consecutive | Months | Months |
|---|---|---|---|---|---|---|---|
| CO | | | 18:00111a1 | Guilty | | | |
| CO | Haygood, Anthony | 20-CR-00017 | 18:00111a | Guilty | Consecutive | 24 | 0 |
| CO | | | 18:00111a | Guilty | | | |
| CO | Billsie, Natasha | 20-CR-00033 | 18:00111a | Guilty | Consecutive | 16 | 0 |
| CO | | | 18:00111a | Guilty | | | |
| CO | Collins, Ari Littlefeather | 20-CR-00263 | 18:00111a1 | Guilty | Time served | 0 | 0 |
| CO | | | 18:00111a1 | Guilty | | | |
| CO | Padilla, Danny Bueno | 20-CR-00321 | 18:00111a1 | Guilty | | 51 | 0 |
| CO | | | 18:00111a1 | Guilty | | | |
| CO | Billsie, Natasha | 20-CR-00397 | 18:00111a | Guilty | Time served | 0 | 0 |
| CO | | | 18:00111a | Guilty | | | |
| CO | Lewis, Celestina | 21-CR-00070 | 18:00111a | Guilty | | 0 | 24 |
| CO | | | 18:00111a | Guilty | | | |
| CO | Theiss, Dallas | 21-CR-00149 | 18:00111a1 | Guilty | Concurrent | 110 | 0 |
| CO | | | 18:00111a1 | Guilty | | | |
| CO | White, Wesley Curtis | 21-CR-00167 | 18:00111a1 | Guilty | | 6 | 0 |
| CO | | | 18:00111a1 | Guilty | | | |
| CT | Kelley, Demorse | 21-CR-00013 | 18:00111a1 | Guilty | | 27 | 0 |
| CT | | | 18:00111a1 | Guilty | | | |
| DE | Wood, Adrian | 20-CR-00056-MN | 18:00231 | Guilty | Time served | 0 | 0 |
| DE | | | 18:00231 | Guilty | | | |
| FLM | Saunders, Ibn-Sharif Khalil | 20-CR-00131-ORL | 18:00111a1 | Guilty | | 8 | 0 |
| FLM | | | 18:00111a1 | Guilty | | | |
| FLM | Salazar-Zavala, Julian | 20-CR-00134-J | 08:01326 | Guilty | Concurrent | 18 | 0 |
| FLM | | | 08:01326 | Guilty | | | |
| FLM | | | 18:00111a1 | Guilty | | | |
| FLM | Correa, Jason | 21-CR-00001-ORL | 18:01361 | Guilty | Time served | 0 | 0 |
| FLM | | | 18:00111a1 | Dismissed w/o prejudice | | | |
| FLM | | | 18:01361 | Guilty | | | |
| FLN | Allen, Darius | 20-CR-00015-4-AW-MA | 18:00924d | Guilty | Concurrent | 24 | 0 |
| FLN | | | 18:00111a1 | Guilty | | | |
| FLN | | | 18:00924d | Guilty | | | |
| FLN | Mandel, Kiesha | 20-CR-00042-03-MCR | 18:00007 | Guilty | | 36 | 0 |
| FLN | | | 18:00111a1 | Guilty | | | |
| FLN | | | 18:00007 | Guilty | | | |
| GAS | Moment, Fernandez Deonta | 20-CR-00058-1 | 18:00111a1 | Guilty | | 46 | 0 |
| GAS | | | 18:00111a1 | Guilty | | | |
| GAS | Jones, Davon Randy | 20-CR-00058-1 | 18:00922g1 | Guilty | Consecutive | 60 | 0 |
| GAS | | | 18:00924c1C | Dismissed w/o prejudice | | | |
| GAS | | | 18:00111a1 | Dismissed w/o prejudice | | | |
| GAS | | | 18:00922g1 | Guilty | | | |
| GAS | | | 21:00841a1 | Guilty | | | |
| GAS | Baptiste, Roberto | 21-CR-00021-2 | 18:00111a | Guilty | | 0 | 36 |
| GAS | | | 18:00111a | Guilty | | | |
| GAS | Cedillo-Narvaez, Luis Fernandov | 21-CR-00007-3 | 18:00111a | Guilty | Consecutive | 12 | 0 |
| GAS | | | 18:00111a | Guilty | | | |
| GAS | Alvarado-Baltazar, Juan | 21-CR-00010-3 | 18:00111a1 | Guilty | Consecutive | 12 | 0 |
| GAS | | | 18:00111a1 | Guilty | | | |
| IAS | Manyang Anguey, Danyal Deng | 20-CR-00081 | 18:00111a | Guilty | | 120 | 0 |

| District | Name | Case Number | Statute | Disposition | Concurrent/Consecutive | Months | Other |
|---|---|---|---|---|---|---|---|
| IAS | | | 18:00111a | Guilty | | | |
| ILC | Moore, Knerel | 20-CR-10026 | 18:00111a1 | Guilty | | 50 | 0 |
| ILC | | | 21:00841a1 | Guilty | | | |
| ILC | | | 18:00111a1 | Guilty | | | |
| ILN | Fagundo, Jacob Michael | 21-CR-00195 | 18:00231 | Guilty | | 0 | 36 |
| ILN | | | 18:00231 | Guilty | | | |
| ILS | Linsner, David A. | 20-CR-40003-JPG | 18:00111a1 | Guilty | | 15 | 0 |
| ILS | | | 18:00111a1 | Guilty | | | |
| KS | Newman, Nicholas S. | 20-CR-20014-JAR-JPO | 18:00111a1 | Guilty | | 180 | 0 |
| KS | | | 18:00924c1A | Dismissed w/ prejudice | | | |
| KS | | | 18:00922g1 | Dismissed w/ prejudice | | | |
| KS | | | 18:00111a1 | Guilty | | | |
| KS | | | 18:00924c1A | Guilty | | | |
| KS | | | 18:02114 | Dismissed w/ prejudice | | | |
| KS | | | 21:00841a1 | Dismissed w/ prejudice | | | |
| KS | Ayala-Alfaro, Gerson | 20-CR-10019-EFM | 08:01326a | Guilty | | 21 | 0 |
| KS | | | 08:01326a | Guilty | | | |
| KS | | | 18:00111 | Guilty | | | |
| KYE | White, Vantious | 20-CR-00037 | 18:00111 | Guilty | Consecutive | 92 | 0 |
| KYE | | | 18:00111 | Guilty | | | |
| KYE | Morris, Phillip E. | 20-CR-00004-GFVT-MA | 18:00111a1 | Guilty | Concurrent | 24 | 0 |
| KYE | | | 18:00111a1 | Guilty | | | |
| KYE | | | 18:00115a1B | Guilty | | | |
| KYE | Rodas, Yelson | 20-CR-00126-DCR | 18:00111a1 | Guilty | | 15 | 0 |
| KYE | | | 18:00111a1 | Guilty | | | |
| MA | Boampong, John | 20-CR-10321 | 18:00111 | Guilty | | 60 | 0 |
| MA | | | 18:00922n | Guilty | | | |
| MA | | | 18:00111 | Guilty | | | |
| MA | | | 18:00231 | Guilty | | | |
| MD | Trimmer, Andrew Joseph | 20-CR-00380-PWG | 18:00111a1 | Guilty | Concurrent | 126 | 0 |
| MD | | | 21:00841a1 | Guilty | | | |
| MD | | | 18:00111a1 | Guilty | | | |
| MD | | | 21:00846 | Guilty | | | |
| MD | Pierre-Louis, Jean-Luc | 21-CR-00109-TMD | 18:00111a1 | Guilty | Time served | 52 | 0 |
| MD | | | 18:00111a1 | Guilty | | | |
| ME | Hassan, Abdikareem | 21-CR-00036-P-L | 18:00922g1 | Guilty | | 48 | 0 |
| ME | | | 18:00922g1 | Guilty | | | |
| ME | | | 18:00111a1 | Dismissed w/o prejudice | | | |
| MIE | Ortega-Escudero, Enrique | 20-CR-20132 | 18:00111a1 | Guilty | | 18 | 0 |
| MIE | | | 18:00111a1 | Guilty | | | |
| MIE | Bates, June | 20-CR-20505 | 18:00111a1 | Guilty | | 0 | 36 |
| MIE | | | 18:00111a1 | Guilty | | | |
| MIE | Harris, Brian Anthony | 21-CR-20511 | 18:00111a | Guilty | | 0 | 0 |
| MIE | | | 18:00111a | Guilty | | | |
| MIW | Leclaire, David Michael | 20-CR-00008-N | 18:00111a1 | Guilty | | 21 | 0 |
| MIW | | | 18:00111a1 | Guilty | | | |
| MN | Coles, Hakeem Alexander | 20-CR-00074 ADM/KM | 18:00111a | Guilty | Concurrent | 204 | 0 |
| MN | | | 18:00111a | Guilty | | | |
| MN | Haskel, Jerrell Anthony | 20-CR-00204 JRT/KMM | 18:00111a | Guilty | Concurrent | 18 | 0 |

| District | Name | Case No. | Statute | Disposition | Term | Months | Months2 |
|---|---|---|---|---|---|---|---|
| MN | | | 18:00111a | Guilty | | | |
| MN | Rupert, Matthew | 20-CR-00104(NEB/TNI | 18:00844i | Guilty | Concurrent | 105 | 0 |
| MN | | | 18:00231 | Dismissed w/o prejudice | | | |
| MN | | | 18:02101 | Dismissed w/o prejudice | | | |
| MN | | | 18:00844i | Guilty | | | |
| MN | Jackson, James Wilbert | 20-CR-00133 (PJS/DTS | 18:02114a | Guilty | Concurrent | 18 | 0 |
| MN | | | 18:00111a1 | Dismissed w/o prejudice | | | |
| MN | | | 18:02114a | Guilty | | | |
| MN | Mitchell, Charles Marquis | 21-CR-00111  SRN | 18:00111a | Guilty | Consecutive | 18 | 0 |
| MN | | | 18:00111a | Guilty | | | |
| MOE | Williams, Antwan | 20-CR-00334 AGF SPM | 18:00111a | Guilty | Time served | 0 | 0 |
| MOE | | | 18:00111a | Guilty | | | |
| MOE | Miller, Kierston | 21-CR-00408 SRW | 18:00111a1 | Guilty | | 12 | 0 |
| MOE | | | 18:00111a1 | Guilty | | | |
| MOW | Jackson, Brandi | 20-CR-03047-BCW | 18:00111 | Guilty | | 54 | 0 |
| MOW | | | 18:00111 | Guilty | | | |
| MOW | Dunn, James Larry | 20-CR-03124-01-S-RK | 18:00111 | Guilty | Concurrent | 60 | 0 |
| MOW | | | 18:00111 | Guilty | | | |
| MSN | West, Carl | 19-CR-00143-1 | 18:00111a | Guilty | | 0 | 12 |
| MSN | | | 18:00111a | Guilty | | | |
| MSS | Anderson, John Robert | 20-CR-00003-DCBFKB: | 18:00111a1 | Guilty | | 21 | 0 |
| MSS | | | 18:00111a1 | Guilty | | | |
| MSS | Sonnier, Joseph Dale | 20-CR-00074-TBMJCG1 | 18:00111 | Guilty | Concurrent | 257 | 0 |
| MSS | | | 18:00111 | Guilty | | | |
| MSS | | | 18:00924c1A | Guilty | | | |
| MSS | | | 18:00922g1 | Dismissed w/o prejudice | | | |
| MSS | Stephenson, Gregory Emile | 20-CR-00088-HSORPM | 18:00111a1 | Guilty | | 12 | 0 |
| MSS | | | 18:00111a1 | Guilty | | | |
| MSS | | | 18:00115a1B | Dismissed w/o prejudice | | | |
| MSS | Lacy, Jr. , Mark Allen | 20-CR-00114-HSORPM | 18:00111a1 | Guilty | | 0 | 60 |
| MSS | | | 18:03565 | Guilty | | | |
| MSS | | | 18:00111a1 | Guilty | | | |
| NCE | Orellana-Estrada, Jacobo Leonel | 20-CR-00015 | 18:00111a | Guilty | | 18 | 0 |
| NCE | | | 18:00111a | Guilty | | | |
| NCE | Valentine, Javon | 20-CR-00184 | 18:00111a1 | Guilty | | 132 | 0 |
| NCE | | | 18:02112 | Guilty | | | |
| NCE | | | 18:00924c1Aii | Guilty | | | |
| NCE | | | 21:00841a1 | Guilty | | | |
| NCE | | | 18:00111a1 | Guilty | | | |
| NCW | McClellan, Tamara Devonna | 20-CR-00282:3 | 18:00111a | Guilty | | 100 | 0 |
| NCW | | | 21:00841b1C | Dismissed w/o prejudice | | | |
| NCW | | | 18:00111a | Guilty | | | |
| NCW | | | 18:00922g1 | Dismissed w/o prejudice | | | |
| NCW | | | 18:00924c1A | Dismissed w/o prejudice | | | |
| NCW | Ratliff, James David | 20-CR-00310:3 | 18:00111a1 | Guilty | Consecutive | 12 | 0 |
| NCW | | | 18:00111a1 | Guilty | | | |
| ND | Heart, Betty Jerrine | 20-CR-00018 | 18:00111a | Guilty | | 10 | 0 |
| ND | | | 18:00111a | Guilty | | | |
| ND | Ademiluyi, Aderoluwa Timothy | 20-CR-00052 | 18:00111a1 | Guilty | | 0 | 0 |

| State | Name | Case No. | Statute | Disposition | Sentence Type | Months | Months |
|---|---|---|---|---|---|---|---|
| ND | | | 18:00111a1 | Dismissed w/o prejudice | | | |
| ND | | | 18:00111a1 | Guilty | | | |
| ND | See Walker, Shane Dean | 20-CR-00103 | 18:00111a1 | Guilty | | 0 | 0 |
| ND | | | 18:00111a1 | Guilty | | | |
| ND | Follet, Jr., Luke Aaron | 20-CR-00102 | 18:00111a1 | Guilty | | 18 | 0 |
| ND | | | 18:00113a8 | Dismissed w/o prejudice | | | |
| ND | | | 18:00111a1 | Guilty | | | |
| ND | | | 18:00113a7 | Guilty | | | |
| ND | Toa, Errick | 20-CR-00114 | 18:00231 | Guilty | Time served | 0 | 0 |
| ND | | | 18:00231 | Guilty | | | |
| ND | Habib, Abdimanan Bana | 20-CR-00194 | 18:03583 | | Time served | 0 | 0 |
| ND | | | 18:03583 | | | | |
| ND | | | 18:00231 | Guilty | | | |
| ND | Spotted Bear, Hjalmer | 20-CR-00129 | 18:00111a1 | Guilty | | 18 | 0 |
| ND | | | 18:00111a1 | Guilty | | | |
| ND | Montanez, Jonathan | 20-CR-00170 | 18:00231 | Guilty | | 24 | 0 |
| ND | | | 18:00231 | Guilty | | | |
| ND | Starr, Karina June | 21-CR-00021 | 18:00111a1 | Guilty | | 0 | 0 |
| ND | | | 18:00111a1 | Guilty | | | |
| ND | Hanley, Jr., Richard Lee | 21-CR-00049 | 18:00922g1 | Guilty | | 41 | 0 |
| ND | | | 18:00111a1 | Dismissed w/ prejudice | | | |
| ND | | | 18:00922g1 | Guilty | | | |
| NE | Ellis, Michael | 19-CR-00314 | 18:00111a1 | Guilty | | 12 | 0 |
| NE | | | 18:00111a1 | Guilty | | | |
| NE | Cooper, Jerry | 20-CR-00004 | 18:00111a1 | Guilty | | 0 | 36 |
| NE | | | 18:00111a1 | Guilty | | | |
| NE | Miranda De La Cruz, Orlando | 20-CR-00062 | 08:01326a | Guilty | Concurrent | 12 | 0 |
| NE | | | 18:00111a1 | Guilty | | | |
| NE | | | 08:01326a | Guilty | | | |
| NE | Gonzalez-Por, Leonardo | 20-CR-03028 | 08:01326a | Guilty | Time served | 0 | 0 |
| NE | | | 18:00111a1 | Guilty | | | |
| NE | | | 08:01326a | Guilty | | | |
| NE | Martinez-Ramos, Freddy | 20-CR-03028 | 08:01326a | Guilty | Time served | 0 | 0 |
| NE | | | 18:00111a1 | Guilty | | | |
| NE | | | 08:01326a | Guilty | | | |
| NE | St Cyr, Jourdain | 21-CR-00077 | 18:00111a1 | Guilty | | 12 | 0 |
| NE | | | 18:00111a1 | Guilty | | | |
| NJ | Johnson, Wallace | 20-CR-00644 | 18:00111 | Guilty | Concurrent | 82 | 0 |
| NJ | | | 18:00111 | Guilty | | | |
| NJ | | | 18:02119 | Guilty | | | |
| NJ | Spry, Justin D. | 21-CR-00260 | 18:00231 | Guilty | | 24 | 0 |
| NJ | | | 18:00231 | Guilty | | | |
| NJ | Melecio, Killian F. | 21-CR-00077 | 18:00231 | Guilty | | 28 | 0 |
| NJ | | | 18:00231 | Guilty | | | |
| NM | Chazdon, Scott Jean | 20-CR-01581 | 18:00111a1 | Guilty | Time served | 0 | 0 |
| NM | | | 18:00111a1 | Guilty | | | |
| NM | Dennis, Daydrion | 20-CR-01969-KWR | 18:00111a1 | Guilty | Time served | 18 | 0 |
| NM | | | 18:00111a1 | Guilty | | | |
| NM | Redmond, Ricky D. | 20-CR-02204-JHR | 18:00111 | Guilty | | 0 | 12 |

| State | Name | Case Number | Statute | Disposition | Notes | Col1 | Col2 |
|---|---|---|---|---|---|---|---|
| NM | Redmond, Ricky D. | 20-CR-02204-JHR | 18 :03147 | Guilty | | 0 | 12 |
| NM | | | 18 :00111 | Guilty | | | |
| NM | | | 18 :03147 | Guilty | | | |
| NM | Fredrickson, Jenny | 20-CR-01544-KWR | 18 :00111a | Guilty | | 0 | 24 |
| NM | | | 18 :00111a | Guilty | | | |
| NM | Copeland, Theresa A. | 20-CR-00926-KRS | 18 :00111a | Guilty | Time served | 0 | 0 |
| NM | | | 18 :00111a | Guilty | | | |
| NM | Arias-Almeyda, Ledalbys | 20-CR-01287-KG | 18 :00111a | Guilty | | 18 | 0 |
| NM | | | 18 :00111a | Guilty | | | |
| NM | Begay, Derrick | 20-CR-00506-KWR | 18 :00111a | Guilty | | 24 | 0 |
| NM | | | 18 :00111a | Guilty | | | |
| NM | Delgarito, Jarvis | 20-CR-00902 | 18 :00111a | Guilty | | 12 | 0 |
| NM | | | 18 :00111a | Dismissed w/o prejudice | | | |
| NM | | | 18 :00111a | Guilty | | | |
| NM | Reano, Stephen | 20-CR-01487-WJ | 18 :00111a | Guilty | Concurrent | 40 | 0 |
| NM | | | 18 :00111a | Guilty | | | |
| NM | Zhagui-Arpi, Carlos Leonardo | 21-CR-00373-VJ1 | 18 :00111a | Guilty | Time served | 9 | 0 |
| NM | | | 18 :00111a | Guilty | | | |
| NM | Allen, Kent Allan Hooker | 21-CR-00087-GJF | 18 :00111a | Guilty | Time served | 4 | 0 |
| NM | | | 18 :00111a | Guilty | | | |
| NYN | Trammell, Daniel | 20-CR-00183 | 18 :00111a1 | Guilty | | 30 | 0 |
| NYN | | | 18 :00111a1 | Guilty | | | |
| NYN | Bennett, Dennis | 21-CR-00001 | 18 :00007 | Guilty | Time served | 0 | 0 |
| NYN | | | 18 :00111a1 | Dismissed w/o prejudice | | | |
| NYN | | | 18 :00007 | Guilty | | | |
| NYN | | | 18 :00113a5 | Dismissed w/o prejudice | | | |
| NYN | Sherry, Caleb | 21-CR-00234 | 18 :00111a1 | Guilty | | 0 | 12 |
| NYN | | | 18 :00111a1 | Guilty | | | |
| NYS | Bryant, Michael | 20-CR-00404 | 18 :00111a1 | Guilty | | 6 | 0 |
| NYS | | | 18 :00111a1 | Guilty | | | |
| NYW | Robinson, Keyondre | 20-CR-00185-LJV | 18 :00111 | Guilty | Time served | 0 | 0 |
| NYW | | | 18 :00111 | Guilty | | | |
| NYW | Howe, Ryan | 21-CR-06100 | 18 :00231 | Guilty | | 0 | 0 |
| NYW | | | 18 :00231 | Guilty | | | |
| OHN | Sutton, John Milton | 20-CR-00265 | 18 :00111a1 | Guilty | Concurrent | 51 | 0 |
| OHN | | | 18 :00111a1 | Guilty | | | |
| OHS | Gibson, Christopher O. | 20-CR-00002-3 | 18 :00924c1Aii | Guilty | | 120 | 0 |
| OHS | | | 18 :00924c1Aii | Guilty | | | |
| OHS | | | 18 :00111a1 | Dismissed w/ prejudice | | | |
| OKN | Cole, Christopher Scott | 20-CR-00010-CVE | 18 :00111a1 | Guilty | | 0 | 36 |
| OKN | | | 18 :00111a1 | Guilty | | | |
| OKN | | | 18 :00113a6 | Dismissed w/o prejudice | | | |
| OR | Faulkner, Andrew Steven | 20-CR-00203 | 18 :00111a1 | Guilty | | 0 | 36 |
| OR | | | 18 :00111a1 | Guilty | | | |
| OR | Horton, Dakotah Ray | 20-CR-00419 | 18 :00111a1 | Guilty | | 24 | 0 |
| OR | | | 18 :00111a1 | Guilty | | | |
| OR | Means, Dakota Kurtis | 20-CR-00392 | 18 :00111a | Guilty | Time served | 0 | 0 |
| OR | | | 18 :00111a | Guilty | | | |
| OR | Singer, Jeffrey Richard | 20-CR-00497 | 18 :00641 | Guilty | | 0 | 12 |

| District | Name | Case No. | Statute | Disposition | Concurrent/Time | Months | Months |
|---|---|---|---|---|---|---|---|
| OR | | | 18:00231 | Dismissed w/o prejudice | | | |
| OR | | | 18:00641 | Guilty | | | |
| PAE | Joseph, Stavenson | 20-CR-00056 | 08:01253 | Guilty | Concurrent | 12 | 0 |
| PAE | | | 08:01253 | Guilty | | | |
| PAE | | | 18:00111a1 | Guilty | | | |
| PAE | Washington, William K. | 20-CR-00220 | 18:00111a1 | Guilty | Time served | 0 | 0 |
| PAE | | | 18:00111a1 | Guilty | | | |
| PAM | Ivory, Jomar | 21-CR-00136 | 18:00111a1 | Guilty | | 18 | 0 |
| PAM | | | 18:00111a1 | Guilty | | | |
| PAW | Lengyel, Da'Jon | 20-CR-00173 | 18:00231 | Guilty | Concurrent | 27 | 0 |
| PAW | | | 18:00231 | Guilty | | | |
| PAW | | | 18:00371 | Guilty | | | |
| PAW | | | 18:00844f1 | Dismissed w/o prejudice | | | |
| PAW | West, Christopher | 20-CR-00173 | 18:00231 | Guilty | Concurrent | 48 | 0 |
| PAW | | | 18:00371 | Guilty | | | |
| PAW | | | 18:00231 | Guilty | | | |
| PAW | | | 18:00844f1 | Dismissed w/o prejudice | | | |
| PAW | Blankenship, Raekwon Dac | 20-CR-00170 | 18:00231 | Guilty | Time served | 0 | 0 |
| PAW | | | 18:00231 | Guilty | | | |
| PAW | Augustyniak-Duncan, Andrew M. | 20-CR-00169 | 18:00231 | Guilty | | 41 | 0 |
| PAW | | | 18:00231 | Guilty | | | |
| PAW | Allen, George | 20-CR-00168 | 18:00231 | Guilty | | 12 | 0 |
| PAW | | | 18:00231 | Guilty | | | |
| PAW | Nicholson, Tyvarh | 20-CR-00040 | 26:05861d | Guilty | | 40 | 0 |
| PAW | | | 26:05861d | Guilty | | | |
| PAW | | | 18:00231 | Dismissed w/ prejudice | | | |
| PR | Fontanez-Reyes, Wilfredo | 20-CR-00172 | 18:00111a1 | Guilty | | 12 | 0 |
| PR | | | 18:00113a4 | Dismissed w/o prejudice | | | |
| PR | | | 18:00111a1 | Guilty | | | |
| PR | Pena-Figueroa, Jose Manuel | 21-CR-00035 | 18:00111a1 | Guilty | | 0 | 18 |
| PR | | | 18:00111a1 | Guilty | | | |
| SC | Guthrie, Tearra Na'Asia | 20-CR-00541 | 18:00231 | Guilty | Time served | 0 | 0 |
| SC | | | 18:00231 | Guilty | | | |
| SC | Jenkins, Abraham Elijah | 20-CR-00527 | 18:00231 | Guilty | | 18 | 0 |
| SC | | | 18:00231 | Guilty | | | |
| SD | King, Brandi | 20-CR-30007 | 18:00111a | Guilty | | 1 | 0 |
| SD | | | 18:00111a | Guilty | | | |
| SD | Cordier, Charles | 20-CR-30011 | 18:00111a | Guilty | | 10 | 0 |
| SD | | | 18:00111a | Guilty | | | |
| SD | Condon, Silas | 20-CR-30009 | 18:03583e | | | 0 | 24 |
| SD | | | 18:00111a | Guilty | | | |
| SD | | | 18:03583e | | | | |
| SD | Lafferty, Uriah | 20-CR-50016 | 18:00111a | Guilty | Concurrent | 84 | 0 |
| SD | | | 18:00111a | Guilty | | | |
| SD | | | 21:00841a1 | Guilty | | | |
| SD | Red Bird, Patrick | 20-CR-30026 | 18:00111a | Guilty | | 11 | 0 |
| SD | | | 18:00111a | Guilty | | | |
| SD | Oliver, Jamie | 20-CR-30024 | 18:00115a1B | Guilty | | 0 | 48 |
| SD | | | 18:00111a | Dismissed w/o prejudice | | | |

| District | Name | Case | Statute | Disposition | Note | Col1 | Col2 |
|---|---|---|---|---|---|---|---|
| SD | | | 18:00115a1B | Guilty | | | |
| SD | Andrews, Kristy | 20-CR-30030 | 18:00111a | Guilty | Consecutive | 12 | 0 |
| SD | | | 18:00111a | Guilty | | | |
| SD | Thin Elk, John | 20-CR-40048 | 21:00841a1 | Guilty | | 160 | 0 |
| SD | | | 21:00841a1 | Guilty | | | |
| SD | | | 18:00922g1 | Dismissed w/o prejudice | | | |
| SD | | | 18:00111a | Dismissed w/o prejudice | | | |
| SD | Cross, Griffin | 20-CR-50112 | 18:00111a1 | Guilty | | 0 | 24 |
| SD | | | 18:00111a1 | Guilty | | | |
| SD | Small Jumper, Shiloh | 20-CR-30078 | 18:00111a | Guilty | | 0 | 36 |
| SD | | | 18:00111a | Guilty | | | |
| SD | Arcoren, John | 20-CR-30076 | 18:00111a | Guilty | | 8 | 0 |
| SD | | | 18:00111a | Guilty | | | |
| SD | Thin Elk, Dayton | 20-CR-30079 | 18:00111a | Guilty | | 15 | 0 |
| SD | | | 18:00111a | Guilty | | | |
| SD | Ashley, Londelle | 20-CR-30107 | 18:00111a | Guilty | Time served | 0 | 0 |
| SD | | | 18:00111a | Guilty | | | |
| SD | Moran, Adam | 20-CR-30113 | 18:00111a | Guilty | | 21 | 0 |
| SD | | | 18:00111a | Guilty | | | |
| SD | High Hawk, Jr., Floyd Alex | 20-CR-30128 | 18:00111a | Guilty | | 12 | 0 |
| SD | | | 18:00111a | Guilty | | | |
| SD | Dion, Warren | 20-CR-30149 | 18:00111a | Guilty | | 12 | 0 |
| SD | | | 18:00111a | Guilty | | | |
| SD | Harrison, Casey | 20-CR-30148 | 18:00111a | Guilty | | 18 | 0 |
| SD | | | 18:00111a | Guilty | | | |
| SD | Horned Eagle, Jr., Matthew | 21-CR-30007 | 18:00111a | Guilty | | 0 | 0 |
| SD | | | 18:00111a | Guilty | | | |
| SD | Left Hand Bull, Kevin | 21-CR-30013 | 18:00111a | Guilty | | 7 | 0 |
| SD | | | 18:00111a | Guilty | | | |
| SD | Da Silva Roubideaux, Eurico | 21-CR-30027 | 18:02119 | Guilty | | 72 | 0 |
| SD | | | 18:00111a | Dismissed w/o prejudice | | | |
| SD | | | 18:00113a3 | Dismissed w/o prejudice | | | |
| SD | | | 18:02119 | Guilty | | | |
| SD | | | 18:02111 | Dismissed w/o prejudice | | | |
| SD | Henry, Jr., Willard | 21-CR-30025 | 18:00111a | Guilty | | 2 | 0 |
| SD | | | 18:00924c1A | Dismissed w/o prejudice | | | |
| SD | | | 18:00111a | Guilty | | | |
| SD | Romero, Kenton | 21-CR-30035 | 18:00111a | Guilty | | 14 | 0 |
| SD | | | 18:00111a | Guilty | | | |
| SD | Good Shield, Odell | 21-CR-30048 | 18:00111a | Guilty | Time served | 7 | 0 |
| SD | | | 18:00111a | Guilty | | | |
| SD | Dolphus, Devin | 21-CR-30072 | 18:00922g1 | Guilty | | 26 | 0 |
| SD | | | 18:00922g1 | Guilty | | | |
| SD | | | 18:00111a | Dismissed w/o prejudice | | | |
| TNW | Jones, Bernard | 20-CR-20105-SHL | 18:00111a1 | Guilty | Consecutive | 132 | 0 |
| TNW | | | 18:00111a1 | Guilty | | | |
| TNW | | | 18:00922g1 | Dismissed w/ prejudice | | | |
| TNW | | | 18:00924c1Aiii | Guilty | | | |
| TNW | | | 18:01114 | Dismissed w/ prejudice | | | |

| District | Name | Case Number | Statute | Disposition | Sentence Type | Months | |
|---|---|---|---|---|---|---|---|
| TNW | Lockhart, Madison | 20-CR-10009 | 18:00111 | Guilty | | 22 | 0 |
| TNW | | | 18:00111 | Guilty | | | |
| TNW | Patrick, Gloria | 20-CR-20097-SHL | 18:00111a1 | Guilty | Time served | 0 | 0 |
| TNW | | | 18:00111a1 | Guilty | | | |
| TNW | Lewis, Tiffany | 21-CR-20004-JPM | 18:00111a1 | Guilty | Concurrent | 10 | 0 |
| TNW | | | 18:00111a1 | Guilty | | | |
| TXE | Beckley, Dennis | 20-CR-00024-1 | 18:00111a1 | Guilty | | 12 | 0 |
| TXE | | | 18:00111a1 | Dismissed w/o prejudice | | | |
| TXE | | | 18:00111a1 | Guilty | | | |
| TXE | Saldierna, Jr., Amado | 20-CR-00062-1 | 18:00111a1 | Guilty | Consecutive | 18 | 0 |
| TXE | | | 18:00111a1 | Guilty | | | |
| TXE | Dodson, Germaine Lonnell | 20-CR-00043-1 | 18:00111a1 | Guilty | Consecutive | 30 | 0 |
| TXE | | | 18:00111a1 | Guilty | | | |
| TXN | Lule, Antonio | 20-CR-00111-X-DL | 18:00111 | Guilty | Concurrent | 9 | 0 |
| TXN | | | 18:00111 | Guilty | | | |
| TXN | Flores, Randy Rosendo | 20-CR-00109-H-LB | 18:00111a | Guilty | Consecutive | 12 | 0 |
| TXN | | | 18:00111a | Guilty | | | |
| TXN | Labrador-Ortega, Pedro | 20-CR-00047-H-SA | 18:00111a1 | Guilty | Consecutive | 96 | 0 |
| TXN | | | 18:00111a1 | Guilty | | | |
| TXS | Cac-Calel, Juan Jehovany | 20-CR-00246-L | 18:00111a1 | Guilty | Concurrent | 13 | 0 |
| TXS | | | 18:00111a1 | Guilty | | | |
| TXS | Ordones-Chavez, Walter Yobani | 20-CR-00245-L | 18:00111 | Guilty | | 45 | 0 |
| TXS | | | 18:00111 | Guilty | | | |
| TXS | Zapate-Suazo, Jose Manual | 20-CR-00245-L | 18:00111 | Guilty | Time served | 0 | 0 |
| TXS | | | 18:00111 | Guilty | | | |
| TXS | Benedict-Garcia, Kelvin Midencio | 20-CR-00245-L | 18:00111 | Guilty | | 16 | 0 |
| TXS | | | 18:00111 | Guilty | | | |
| TXS | Williams, Matthew Anthony | 20-CR-00064-H | 18:00111a | Guilty | | 220 | 0 |
| TXS | | | 18:00111a | Guilty | | | |
| TXS | | | 18:00924c1Aiii | Guilty | | | |
| TXS | Delgado, Sammy | 20-CR-00336-C | 18:00111 | Guilty | | 40 | 0 |
| TXS | | | 18:00111 | Guilty | | | |
| TXS | Rosa Jr., Jesus Roberto | 20-CR-00484-M | 18:00111a | Guilty | | 15 | 0 |
| TXS | | | 18:00111a | Guilty | | | |
| TXS | Phillips, Jaythan Trevonne | 20-CR-00586-L | 18:00111a1 | Guilty | Concurrent | 10 | 0 |
| TXS | | | 18:00111a1 | Guilty | | | |
| TXS | Aguirre, Jose | 20-CR-00550-C | 08:01324a1AvI | Guilty | Consecutive | 12 | 0 |
| TXS | | | 08:01324a1Aii | Dismissed w/o prejudice | | | |
| TXS | | | 08:01324a1AvI | Guilty | | | |
| TXS | | | 18:00111 | Guilty | | | |
| TXS | Iraeta-Hernandez, Kevin Antonio | 20-CR-00791-L | 18:00111a1 | Guilty | | 12 | 0 |
| TXS | | | 18:00111a1 | Guilty | | | |
| TXS | | | 08:01326 | Dismissed w/o prejudice | | | |
| TXS | Espino-Hernandez, Valentin | 20-CR-01131-L | 18:00111 | Guilty | | 18 | 0 |
| TXS | | | 18:00111 | Guilty | | | |
| TXS | Meza-Duron, Ronmel Edgardo | 20-CR-00264-B | 18:00111a1 | Guilty | Time served | 9 | 0 |
| TXS | | | 18:00111a1 | Guilty | | | |
| TXS | Edilmar-Ramirez, Josue | 20-CR-01301-L | 18:00111a1 | Guilty | Time served | 0 | 0 |
| TXS | | | 18:00111a1 | Guilty | | | |

| District | Defendant | Case Number | Statute | Disposition | Sentence Type | Months | Other |
|---|---|---|---|---|---|---|---|
| TXS | Houghton, Michael | 20-CR-00375-B | 18 :00111a1 | Guilty | | 81 | 0 |
| TXS | | | 18 :00111a1 | Guilty | | | |
| TXS | | | 18 :00553 | Guilty | | | |
| TXS | | | 18 :00758 | Dismissed w/o prejudice | | | |
| TXS | Benitez-Cruz, Henry | 20-CR-00263-B | 18 :00111 | Guilty | | 63 | 0 |
| TXS | | | 08 :01326a | Dismissed w/o prejudice | | | |
| TXS | | | 18 :00111 | Guilty | | | |
| TXS | Ordonez, Jose Humberto | 20-CR-00882-M | 18 :00111a1 | Guilty | Concurrent | 17 | 0 |
| TXS | | | 18 :00111a1 | Guilty | | | |
| TXS | Vasquez-Ramirez, Luis-Felipe | 20-CR-01300-L | 18 :00111a1 | Guilty | Consecutive | 18 | 0 |
| TXS | | | 18 :00111a1 | Guilty | | | |
| TXS | Martinez-Juarez, Alejandro | 20-CR-01651-L | 08 :01326 | Guilty | | 15 | 0 |
| TXS | | | 08 :01326 | Guilty | | | |
| TXS | | | 18 :00111a1 | Guilty | | | |
| TXS | Gatlin, Terry | 20-CR-00359-H | 18 :02114a | Guilty | | 49 | 0 |
| TXS | | | 18 :02114a | Guilty | | | |
| TXS | | | 18 :00111a | Dismissed w/o prejudice | | | |
| TXS | Lampkin Jr., Richard Dewey | 20-CR-02072-L | 18 :00111a1 | Guilty | | 18 | 0 |
| TXS | | | 18 :00111a1 | Guilty | | | |
| TXS | Ortiz-Tabora, Iris Yaneth | 20-CR-00821-B | 18 :00111a1 | Guilty | | 15 | 0 |
| TXS | | | 18 :00111a1 | Guilty | | | |
| TXS | Ibarra-Mireles, Francisco Javier | 20-CR-02225-L | 18 :00111a1 | Guilty | Consecutive | 8 | 0 |
| TXS | | | 18 :00111a1 | Guilty | | | |
| TXS | Martin-Chilel, Angel | 21-CR-00148-L | 08 :01326 | Guilty | Consecutive | 18 | 0 |
| TXS | | | 08 :01326 | Guilty | | | |
| TXS | | | 18 :00111a1 | Guilty | | | |
| TXS | Ordaz-Echevarria, Yaniuska | 21-CR-00190-C | 18 :00111a1 | Guilty | | 10 | 0 |
| TXS | | | 18 :00111a1 | Guilty | | | |
| TXS | Vasquez, Jose Luis Jr. | 21-CR-00032-V | 18 :00111a1 | Guilty | Consecutive | 174 | 0 |
| TXS | | | 18 :01114 | Dismissed w/o prejudice | | | |
| TXS | | | 18 :00111a1 | Guilty | | | |
| TXS | | | 18 :00924c1Aiii | Guilty | | | |
| TXS | Mendoza-Cardenas, Domingo | 21-CR-00355-L | 18 :00111a1 | Guilty | | 14 | 0 |
| TXS | | | 18 :00111a1 | Guilty | | | |
| TXS | Cadeza-Moreno, Francisco | 21-CR-00356-L | 18 :00111a1 | Guilty | Consecutive | 8 | 0 |
| TXS | | | 18 :00111a1 | Guilty | | | |
| TXS | Rueda, Alejandro Martin | 21-CR-00716-L | 18 :00111 | Guilty | | 9 | 0 |
| TXS | | | 18 :00111 | Guilty | | | |
| TXS | Hernandez, Victor Manuel | 21-CR-00780-L | 08 :01326 | Guilty | | 0 | 0 |
| TXS | | | 08 :01326 | Guilty | | | |
| TXS | | | 18 :00111 | Dismissed w/o prejudice | | | |
| TXS | Galicia-Valdez, Lester Josue | 21-MJ-30015-M | 18 :00111a1 | Guilty | Time served | 8 | 0 |
| TXS | | | 18 :00111a1 | Guilty | | | |
| TXW | Luna, Emilio | 20-CR-00145-E | 18 :00111a | Guilty | Time served | 10 | 0 |
| TXW | | | 18 :00111a | Guilty | | | |
| TXW | Ramirez-Leon, Antonio | 20-CR-00007-D | 18 :00111a1 | Guilty | | 36 | 0 |
| TXW | | | 18 :00111a1 | Guilty | | | |
| TXW | Serech-Guoron, Alex Romeo | 20-CR-00003-D | 18 :00111a1 | Guilty | | 10 | 0 |
| TXW | | | 18 :00111a1 | Guilty | | | |

| District | Name | Case No. | Statute | Disposition | Sentence | Months | Other |
|---|---|---|---|---|---|---|---|
| TXW | Reyes-Barahona, Jose Efrain | 20-CR-00053-P | 08 :01326 | Guilty | | 18 | 0 |
| TXW | | | 08 :01326 | Guilty | | | |
| TXW | | | 18 :00111a1 | Guilty | | | |
| TXW | Baez-Adriano, Saul | 20-CR-00077-P | 18 :00111a1 | Guilty | | 46 | 0 |
| TXW | | | 21 :00841a1 | Guilty | | | |
| TXW | | | 21 :00952a | Guilty | | | |
| TXW | | | 18 :00111a1 | Guilty | | | |
| TXW | Vargas-Salgado, Jorge Luis | 20-CR-01108-D | 18 :00111a1 | Guilty | | 27 | 0 |
| TXW | | | 18 :00111a1 | Guilty | | | |
| TXW | | | 08 :01326a | Dismissed w/o prejudice | | | |
| TXW | Chairez-Ornelas, Jorge Antonio | 20-CR-01504-E | 18 :00111a | Guilty | Time served | 27 | 0 |
| TXW | | | 18 :00111a | Guilty | | | |
| TXW | Bonner, Octajashua Audretta | 20-CR-00393-P | 08 :01324a1Aii | Guilty | | 18 | 0 |
| TXW | | | 08 :01324a1Aii | Guilty | | | |
| TXW | | | 18 :00111 | Guilty | | | |
| TXW | Rogers, Deonte Lee | 21-CR-00056-A | 18 :00111a | Guilty | | 180 | 0 |
| TXW | | | 18 :00924c1A | Guilty | | | |
| TXW | | | 18 :00111a | Guilty | | | |
| TXW | | | 18 :00922g1 | Guilty | | | |
| TXW | Cadena Jr., Hilario | 20-CR-02137-E | 18 :00111a | Guilty | Time served | 12 | 0 |
| TXW | | | 18 :00111a | Guilty | | | |
| TXW | Maldonado Jr, Romeo David | 20-CR-02204-E | 18 :00111a | Guilty | | 12 | 0 |
| TXW | | | 18 :00111a | Guilty | | | |
| TXW | Chop-Aguare, Diego | 20-CR-02408-E | 18 :00111a | Guilty | Time served | 8 | 0 |
| TXW | | | 18 :00111a | Guilty | | | |
| TXW | Miguel, Andres Andres | 20-CR-02608-E | 18 :00111a | Guilty | | 14 | 0 |
| TXW | | | 18 :00111a | Guilty | | | |
| TXW | Cedillo-Brito, Pablo | 21-CR-00187-E | 18 :00111a1 | Guilty | Time served | 0 | 0 |
| TXW | | | 18 :00111a1 | Guilty | | | |
| TXW | Flores Dominguez, Justin Adrian | 21-CR-00447-E | 18 :00111a | Guilty | | 8 | 0 |
| TXW | | | 18 :00111a | Guilty | | | |
| TXW | Aguirre-Bisahiroz, Alvaro | 21-CR-00599-E | 18 :00111a | Guilty | | 9 | 0 |
| TXW | | | 18 :00111a | Guilty | | | |
| TXW | De La Rosa-De La Rosa, Sergio Adrian | 21-CR-00915-E | 08 :01326a | Guilty | Time served | 0 | 0 |
| TXW | | | 18 :00111a | Dismissed w/o prejudice | | | |
| TXW | | | 08 :01326a | Guilty | | | |
| UT | Larson, Brandon Albert | 20-CR-00087 | 18 :2252Aa5B | Guilty | | 72 | 0 |
| UT | | | 18 :2252Aa5B | Guilty | | | |
| UT | | | 18 :00111a | Dismissed w/o prejudice | | | |
| UT | | | 18 :2252Aa1 | Dismissed w/o prejudice | | | |
| UT | Aguirre, Tia Maureen | 20-CR-00422 | 18 :03583 | | Time served | 0 | 0 |
| UT | | | 18 :00111a1 | Guilty | | | |
| UT | | | 18 :03583 | | | | |
| VAE | Hadjikakos, John Kyriakos | 20-CR-00086-2 | 18 :00111a1 | Guilty | | 3 | 0 |
| VAE | | | 18 :00111a1 | Guilty | | | |
| VAE | Mustafa, Dana Ghazi | 20-CR-00144-1 | 49 :46504 | Guilty | | 0 | 24 |
| VAE | | | 18 :00111a1 | Dismissed w/o prejudice | | | |
| VAE | | | 49 :46504 | Guilty | | | |
| VAE | Williams, Erriette Lee | 20-CR-00079-3 | 18 :00111a1 | Guilty | | 48 | 0 |

| District | Name | Case | Statute | Disposition | Sentence Type | Months | Months |
|---|---|---|---|---|---|---|---|
| VAE | | | 18:00111a1 | Guilty | | | |
| VAW | Quinn, Pheathine | 20-CR-00009 | 18:00111a1 | Guilty | Time served | 0 | 0 |
| VAW | | | 18:00113a6 | Dismissed w/o prejudice | | | |
| VAW | | | 18:00111a1 | Guilty | | | |
| VAW | | | 18:01791a2 | Dismissed w/o prejudice | | | |
| VAW | | | 18:00113a1 | Dismissed w/o prejudice | | | |
| VAW | | | 18:00113a3 | Dismissed w/o prejudice | | | |
| VAW | Wade, Jr., Daniel Lee | 21-CR-00018 | 18:00111a | Guilty | Consecutive | 6 | 0 |
| VAW | | | 18:00111a | Guilty | | | |
| VT | Scaduto, Michael | 20-CR-00027 | 18:00111a1 | Guilty | Time served | 0 | 0 |
| VT | | | 18:00111a1 | Guilty | | | |
| VT | Spear, Kevin | 20-CR-00051 | 18:00875c | Guilty | Time served | 0 | 0 |
| VT | | | 18:00875c | Guilty | | | |
| VT | | | 18:00111a | Dismissed w/o prejudice | | | |
| WIE | Stringfellow, Lori | 20-CR-00063 | 18:00111a | Guilty | | 0 | 24 |
| WIE | | | 18:00111a | Guilty | | | |
| WVN | Dingle, Dell | 21-CR-00005 | 18:00111a1 | Guilty | Consecutive | 15 | 0 |
| WVN | | | 18:00111a1 | Guilty | | | |
| WVN | Desinor, Wilner | 20-CR-00025 | 18:00111a1 | Guilty | Consecutive | 9 | 0 |
| WVN | | | 18:00111a1 | Guilty | | | |
| WVN | Torrey, Jamarcus | 20-CR-00024 | 18:00111a1 | Guilty | Consecutive | 48 | 0 |
| WVN | | | 18:00111a1 | Guilty | | | |
| WVN | Mason, Keith | 20-CR-00030 | 18:00111a1 | Guilty | Consecutive | 15 | 0 |
| WVN | | | 18:00111a1 | Guilty | | | |
| WVN | Johnson, Irvin | 21-CR-00056 | 18:00111a1 | Guilty | Concurrent | 15 | 0 |
| WVN | | | 18:00111a1 | Guilty | | | |
| WVN | Sanchez, Daripsy | 21-CR-00048 | 18:00111a1 | Guilty | Consecutive | 15 | 0 |
| WVN | | | 18:00111a1 | Guilty | | | |
| WY | Judd, Dennis L. | 19-CR-00129-C | 18:00111a1 | Guilty | | 1 | 60 |
| WY | | | 18:00111a1 | Guilty | | | |
| WY | | | 18:00401(3) | Guilty | | | |
| WY | | | 36R:2.35b2 | Guilty | | | |
| WY | | | 36R:2.32a1 | Guilty | | | |
| WY | | | 36R:4.23a1 | Dismissed w/o prejudice | | | |
| WY | Blackburn, Seth Thomas | 20-CR-00074-S | 18:00111a1 | Guilty | | 18 | 0 |
| WY | | | 18:00111a1 | Guilty | | | |
| WY | Brown, Bryson | 20-CR-00089-F | 18:00111a1 | Guilty | Concurrent | 30 | 0 |
| WY | | | 18:00751a | Guilty | | | |
| WY | | | 18:00111a1 | Guilty | | | |
| WY | Delany, Benjamin Robert Dmitry | 20-CR-00182-J | 18:00111a1 | Guilty | Consecutive | 60 | 0 |
| WY | | | 18:00111a1 | Guilty | | | |
| WY | Duran, Leo Michael | 21-CR-00052-S | 18:00111a1 | Guilty | | 18 | 0 |
| WY | | | 18:00111a1 | Guilty | | | |