**SENTENCE IMPOSED[1] IN CASES WITH CONVICTIONS UNDER**
**18 U.S.C. § 111 ONLY OR 18 U.S.C. § 231 ONLY**
**Fiscal Years 2017 - 2021**

| | Sentence Length[2] | | Length of Imprisonment[3] | |
|---|---|---|---|---|
| | N | Months | N | Months |
| **18 U.S.C. § 111 only[4]** | **1,155** | **21** | **972** | **24** |
| Criminal History Category I | 487 | 10 | 366 | 13 |
| Criminal History Category II | 128 | 16 | 114 | 17 |
| Criminal History Category III | 163 | 22 | 155 | 23 |
| Criminal History Category IV | 120 | 30 | 114 | 32 |
| Criminal History Category V | 69 | 29 | 67 | 30 |
| Criminal History Category VI | 134 | 57 | 131 | 58 |

| | Sentence Length | | Length of Imprisonment | |
|---|---|---|---|---|
| | N | Months | N | Months |
| **18 U.S.C. § 231 only** | **17** | **13** | **16** | **13** |
| Criminal History Category I | 10 | 9 | 9 | 9 |
| Criminal History Category II | 1 | . | 1 | . |
| Criminal History Category III | 2 | . | 2 | . |
| Criminal History Category IV | 2 | . | 2 | . |
| Criminal History Category V | 0 | . | 0 | . |
| Criminal History Category VI | 2 | . | 2 | . |

[1] The Commission does not report average sentence information for categories with fewer than three cases. Cases involving a departure under USSG §5K1.1 were excluded from this analysis.

[2] Sentences of probation only are included here as zero months of imprisonment. In addition, the information presented in this column includes conditions of confinement as described in USSG §5C1.1.

[3] Length of imprisonment does not include probation or any conditions of confinement as described in USSG §5C1.1.

[4] Of the 1,155 cases, 54 were excluded from Criminal History Category averages due to missing information.

SOURCE: U.S. Sentencing Commission, 2017 - 2021 Datafiles, USSCFY17 - USSCFY21.

**SENTENCE IMPOSED[1] IN CASES WITH CONVICTIONS UNDER**
**18 U.S.C. § 111 ONLY OR 18 U.S.C. § 231 ONLY**
**January 6, 2020 - March 31, 2022**

|  | Sentence Length[2] | | Length of Imprisonment[3] | |
|---|---|---|---|---|
|  | N | Months | N | Months |
| **18 U.S.C. § 111 only[4]** | **470** | **18** | **393** | **21** |
| Criminal History Category I | 226 | 11 | 170 | 14 |
| Criminal History Category II | 39 | 18 | 37 | 19 |
| Criminal History Category III | 64 | 21 | 60 | 22 |
| Criminal History Category IV | 51 | 28 | 48 | 29 |
| Criminal History Category V | 29 | 26 | 28 | 26 |
| Criminal History Category VI | 41 | 40 | 39 | 42 |

|  | Sentence Length | | Length of Imprisonment | |
|---|---|---|---|---|
|  | N | Months | N | Months |
| **18 U.S.C. § 231 only** | **22** | **12** | **20** | **12** |
| Criminal History Category I | 12 | 7 | 10 | 7 |
| Criminal History Category II | 3 | 22 | 3 | 18 |
| Criminal History Category III | 3 | 12 | 3 | 12 |
| Criminal History Category IV | 2 | . | 2 | . |
| Criminal History Category V | 0 | . | 0 | . |
| Criminal History Category VI | 2 | . | 2 | . |

[1] The Commission does not report average sentence information for categories with fewer than three cases. Cases involving a departure under USSG §5K1.1 were excluded from this analysis.

[2] Sentences of probation only are included here as zero months of imprisonment. In addition, the information presented in this column includes conditions of confinement as described in USSG §5C1.1.

[3] Length of imprisonment does not include probation or any conditions of confinement as described in USSG §5C1.1.

[4] Of the 470 cases, 20 were excluded from Criminal History Category averages due to missing information.

SOURCE: U.S. Sentencing Commission, 2020 - 2021 Datafiles, Preliminary 2022 Datafile, USSCFY20 - USSCFY22 (October 1, 2021, through March 31, 2022).