**SENTENCE IMPOSED[1] IN CASES WITH CONVICTIONS UNDER**
**18 U.S.C. § 111 ONLY**
**WHERE OFFENDER DID NOT ACCEPT RESPONSIBILITY UNDER USSG §3E1.1**

|  | Sentence Length[2] | | Length of Imprisonment[3] | |
|---|---|---|---|---|
|  | N | Months | N | Months |
| **Fiscal Years 2017 - 2021[4]** | 83 | 44 | 75 | 49 |
| Criminal History Category I | 33 | 15 | 26 | 18 |
| Criminal History Category II | 11 | 38 | 11 | 37 |
| Criminal History Category III | 12 | 32 | 12 | 30 |
| Criminal History Category IV | 10 | 73 | 10 | 73 |
| Criminal History Category V | 5 | 40 | 4 | 50 |
| Criminal History Category VI | 12 | 123 | 12 | 123 |

|  | Sentence Length | | Length of Imprisonment | |
|---|---|---|---|---|
|  | N | Months | N | Months |
| **January 6, 2020 - March 31, 2022[5]** | 27 | 41 | 27 | 41 |
| Criminal History Category I | 12 | 23 | 12 | 23 |
| Criminal History Category II | 3 | 68 | 3 | 68 |
| Criminal History Category III | 4 | 31 | 4 | 29 |
| Criminal History Category IV | 4 | 63 | 4 | 63 |
| Criminal History Category V | 2 | . | 2 | . |
| Criminal History Category VI | 2 | . | 2 | . |

[1] The Commission does not report average sentence information for categories with fewer than three cases. Cases involving a departure under USSG §5K1.1 were excluded from this analysis.

[2] Sentences of probation only are included here as zero months of imprisonment. In addition, the information presented in this column includes conditions of confinement as described in USSG §5C1.1.

[3] Length of imprisonment does not include probation or any conditions of confinement as described in USSG §5C1.1.

[4] Of the 1,155 cases, 210 were excluded due to missing information on acceptance of responsibility and the remaining 862 received some form of reduction for acceptance of responsibility under USSG §3E1.1.

[5] Of the 470 cases, 73 were excluded due to missing information on acceptance of responsibility and the remaining 370 received some form of reduction for acceptance of responsibility under USSG §3E1.1.

SOURCE: U.S. Sentencing Commission, 2017 - 2021 Datafiles, Preliminary 2022 Datafile, USSCFY17 - USSCFY22 (October 1, 2021, through March 31, 2022).

**SENTENCE IMPOSED[1] IN CASES WITH CONVICTIONS UNDER
18 U.S.C. § 111 ONLY
WHERE OFFENDER DID ACCEPT RESPONSIBILITY UNDER USSG §3E1.1**

|  | Sentence Length[2] | | Length of Imprisonment[3] | |
|---|---|---|---|---|
|  | N | Months | N | Months |
| **Fiscal Years 2017 - 2021[4]** | **862** | **23** | **760** | **25** |
| Criminal History Category I | 365 | 12 | 287 | 14 |
| Criminal History Category II | 94 | 16 | 86 | 17 |
| Criminal History Category III | 130 | 24 | 124 | 24 |
| Criminal History Category IV | 99 | 28 | 93 | 30 |
| Criminal History Category V | 59 | 29 | 58 | 30 |
| Criminal History Category VI | 115 | 52 | 112 | 53 |

|  | Sentence Length | | Length of Imprisonment | |
|---|---|---|---|---|
|  | N | Months | N | Months |
| **January 6, 2020 - March 31, 2022[5]** | **370** | **19** | **313** | **22** |
| Criminal History Category I | 187 | 12 | 140 | 14 |
| Criminal History Category II | 30 | 15 | 28 | 16 |
| Criminal History Category III | 53 | 23 | 50 | 23 |
| Criminal History Category IV | 40 | 28 | 38 | 29 |
| Criminal History Category V | 26 | 26 | 25 | 27 |
| Criminal History Category VI | 34 | 40 | 32 | 42 |

[1] The Commission does not report average sentence information for categories with fewer than three cases. Cases involving a departure under USSG §5K1.1 were excluded from this analysis.

[2] Sentences of probation only are included here as zero months of imprisonment. In addition, the information presented in this column includes conditions of confinement as described in USSG §5C1.1.

[3] Length of imprisonment does not include probation or any conditions of confinement as described in USSG §5C1.1.

[4] Of the 1,155 cases, 210 were excluded due to missing information on acceptance of responsibility and the remaining 83 did not receive a reduction for acceptance of responsibility under USSG §3E1.1.

[5] Of the 470 cases, 73 were excluded due to missing information on acceptance of responsibility and the remaining 27 did not receive a reduction for acceptance of responsibility under USSG §3E1.1.

SOURCE: U.S. Sentencing Commission, 2017 - 2021 Datafiles, Preliminary 2022 Datafile, USSCFY17 - USSCFY22 (October 1, 2021, through March 31, 2022).