UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                       Case No. 1:21-cr-00207-TNM

MATTHEW COUNCIL

| DEFENDANT'S EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 1 | | | | President Trump's January 6th speech |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |