UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 21-CR-207 (TNM) |
| v. : | |
| : | |
| MATTHEW ROSS COUNCIL, : | |
| : | |
| Defendant. : | |

## NOTICE OF FILING OF GOV'T VIDEO EXHIBITS PURSUANT TO LCrR 49

Pursuant to LCrR 49(e)(1) and Standing Order No. 21-28 (BAH), the government hereby gives notice of the following video exhibits in support of the government's sentencing memorandum (ECF No. 64). These videos will be provided to the Court and all counsel via a secure filesharing platform. Due to the length of some videos, the government recommends that the Court and Counsel review them prior to the hearing so that the government may incorporate them by reference at the hearing. Should the Court or Counsel so request, however, the government will be ready to show any video in its entirety at the hearing.

The government has no objection to the public release of these videos.

### GOV'T EXHIBIT 02

*Type:* Video
*File Type:* .mp4
*Length:* 2 hrs 08 min 17 sec
*Source:* BWC from MPD Officer D.P.
*Description:* Council is visible in this officer's BWC from approx. 15 min 30 sec to 18 min 30 sec.

### GOV'T EXHIBIT 03

*Type:* Video
*File Type:* .mp4
*Length:* 48 min 33 sec
*Source:* BWC from MPD Officer C.W.
*Description:* Council is visible in this officer's BWC from approx. 13 min 00 sec to 16 min 30 sec.

**GOV'T EXHIBIT 04**

*Type:* Video
*File Type:* .mp4
*Length:* 01 min 05 sec
*Source:* GETTR
*Description:* A video Council filmed and posted to GETTR in which he asks the Truckers to do something for January 6 defendants, including himself. Council described his actions as, "I didn't do anything that bad."

**GOV'T EXHIBIT 05**

*Type:* Video
*File Type:* .mp4
*Length:* 01 min 13 sec
*Source:* YouTube
*Description:* An excerpt from a longer YouTube video in which Council can be seen rushing towards the police line and getting sprayed with a chemical irritant.

**GOV'T EXHIBIT 06**

*Type:* Video
*File Type:* .mp4
*Length:* 23 min 12 sec
*Source:* Another Rioter's Cellphone Video
*Description:* Council appears in this video at approximately 04 min 00 sec and can be seen walking towards the police line, this time wearing eye protection.

**GOV'T EXHIBIT 07**

*Type:* Video
*File Type:* .mp4
*Length:* 17 min 54 sec
*Source:* USCP CCV
*Description:* A video showing the rioters at the Senate Wing Door from approx. 2:38 p.m. to 2:56 p.m. Council can be seen at the window for several minutes.

**GOV'T EXHIBIT 08**

*Type:*         Video
*File Type:*    .mp4
*Length:*       24 min 30 sec
*Source:*       USCP CCV
*Description:*  A video showing a split screen of a fire that leads from the Brumidi Corridors to the NW Plaza from approx. 2:40 p.m. to 3:40 p.m.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By: *[signature]*

SEAN P. MURPHY
Assistant U.S. Attorney
DC Bar No. 1187821
Torre Chardon, Ste 1202
350 Carlos Chardon Ave
San Juan, PR 00918
sean.murphy@usdoj.gov
787-766-5656