UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 21-CR-207 (TNM) |
| v. : | |
| : | |
| MATTHEW ROSS COUNCIL, : | |
| : | |
| Defendant. : | |

**SUPPLEMENTAL NOTICE OF FILING**
**GOV'T VIDEO EXHIBITS PURSUANT TO LCrR 49**

Pursuant to LCrR 49(e)(1) and Standing Order No. 21-28 (BAH), the government hereby gives supplemental notice of the following video exhibit in support of the government's sentencing memorandum (ECF No. 64). This video was provided to the Court and all counsel via a secure filesharing platform prior to the sentencing hearing that took place on Monday, December 12, 2022. *See* ECF MINUTE ENTRY (Dec. 12, 2022). The government incorporated this video by reference at the hearing. The government has no objection to the public release of this video.

**[THIS SPACE INTENTIONALLY LEFT BLANK]**

**GOV'T EXHIBIT 09**

*Type:*        Video
*File Type:*   .mp4
*Length:*      11 min 55 sec
*Source:*      Rumble
*Description:* An excerpt of the video interview that Council gave to an individual that identified themselves as JoanUp and which was posted to Rumble on December 18, 2021. As of the filing of this supplemental notice, the full interview is still available at https://rumble.com/vr0obj-sovereign-souls-ep.-016-feat.-j6-defendant-matthew-council.html.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By: _____
SEAN P. MURPHY
Assistant U.S. Attorney
DC Bar No. 1187821
Torre Chardon, Ste 1202
350 Carlos Chardon Ave
San Juan, PR 00918
sean.murphy@usdoj.gov
787-766-5656