# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

v.  Case No. 1:21-cr-207 (TNM)

**MATTHEW COUNCIL**

_____/

## MISCELLANEOUS NOTICE

**NOW COMES** Matthew Council, by and through undersigned counsel, and provides this Court of notice of the following facts. This Court held a sentencing hearing in this case on December 12, 2022. The Court sentenced Mr. Council to probation with a period of home detention. One issue at the hearing is where Mr. Council would serve the period of home detention. In his allocution, Mr. Council requested that he be allowed to live in his parents' home. Defense counsel addressed the issue, indicating that the Court could decide instead to initially require to Mr. Council to live at his then-current residence, an assisted living facility, and that the terms of probation would require him to seek approval of any change of residence, a request that could be entertained when made. The Court resolved this issue by imposing the sentence but also setting a follow-up progress hearing on February 23, 2023, to address the question of Mr. Council's residence. The Court indicated that, if Mr. Council still desired to move to his parents' home at the time of the progress hearing, his parents should attend the hearing. The Court also indicated that if Mr.

Council no longer desired to move from the assisted living facility, the hearing could be cancelled. Everyone in the courtroom that day understood that Mr. Council would live at the assisted living facility at least until the progress hearing, at which point the Court would decide whether he could move in with his parents.

However, Mr. Council's supervising probation officer was not in the courtroom that day. In the Court's written judgment, the condition of probation controlling Mr. Council's residence reads, "You must live at a place approved by *the probation officer*" (emphasis added). Upon returning to his home district in the Middle District in Florida, Mr. Council dutifully reported to his supervising probation officer. The probation officer reviewed the conditions of probation and Mr. Council's description of his living arrangements at the assisted living facility, along with his description of the availability of his parents' home. The probation officer determined that the assisted living facility would be inappropriate for purposes of home detention, and directed Mr. Council to change his residence to his parents' home. Mr. Council did so. Mr. Council attempted to report this to defense counsel, but did so by sending a text message to a temporary phone number defense counsel had provided him solely for purposes of communicating while traveling to the District of Columbia. Consequently, Mr. Council has lived at his parents' home for the duration of his probation thus far, and defense counsel only recently learned of this fact.

The parties have conferred and are prepared to proceed however the Court prefers. The February in-person progress hearing seemed primarily designed to consider whether Mr. Council would be permitted to move to his parents' home, but that has already happened. The parties' expense and time in travelling to a hearing could be saved by cancelling the hearing or converting it to a teleconference hearing. Defense counsel has brought the requirement of a written progress report to the supervising probation officer's attention, and she has pledged to file one.

DATED this 12th day of January 2023.

>Respectfully submitted,
>
>A. FITZGERALD HALL, ESQ.
>FEDERAL DEFENDER
>
>*/s Samuel E. Landes*
>Samuel E. Landes, Esq.
>D.C. Bar No. 1552625
>Assistant Federal Defender
>400 North Tampa Street
>Suite 2700
>Tampa, Florida 33602
>Telephone:  (813) 228-2715
>Facsimile:   (813) 228-2562
>Email:  Samuel_Landes@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th of January 2023, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

AUSA Sean Murphy.

/s *Samuel E. Landes*
Samuel E. Landes, Esq.
Assistant Federal Defender